Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| CHARLES YOUNG, | **STIPULATION OF PARTIAL DISMISSAL** |
|---|---|
| Plaintiff, | |
| vs. | |
| ROB KOLKMAN, *et al.*, | Case Number: 2:23-cv-00420-TS |
| Defendants. | Judge: Ted Stewart |

The parties agree to dismiss all of the Plaintiff's claims against Defendant Mountain Land Collections LLC with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal does not apply to any other Defendants.

DATED 5/22/2024         /s/ Eric Stephenson
                                        *Attorney for the Plaintiff*

DATED 5/22/2024         /s/ David A. Grassi, Jr.
                                        *Attorney for Defendant*
                                        *Mountain Land Collections*

DATED 5/29/2024         /s/ David Gardner
                                        *Attorney for the constable*
                                        *Defendants*

— 2 —

CERTIFICATE OF SERVICE

    I hereby certify that on 5/22/2024 I served the parties in this case by sending the foregoing STIPULATION OF PARTIAL DISMISSAL through email and again on 6/3/2024 through this Court's electronic filing system.

                                          /s/ Eric Stephenson
                                          *Attorney for the Plaintiff*