*Repealed 5/3/2023*
**12-1-6 Violation of title -- Penalty.**

Any person, member of a partnership, or officer of any association or corporation who fails to comply with any provision of this title is guilty of a class A misdemeanor.