***Repealed 5/3/2023***
**12-1-7 Exceptions.**

This title does not apply to:

(1) an attorney authorized to practice in this state;

(2) a national bank;

(3) a bank or trust company incorporated under the laws of this state; or

(4) the following licensed under Title 31A, Insurance Code:

  (a) a title insurance agency; or

  (b) a title insurance producer.