Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| CHARLES YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> CONSTABLE KOLKMAN LLC, *et al.*, <br><br> Defendants. | **MOTION FOR PRETRIAL CONFERENCE** <br><br> Case Number: 2:23-cv-00420 <br> Judge: Ted Stewart <br> Magistrate Judge: Cecilia M. Romero |
|---|---|

Plaintiff respectfully requests this Court to schedule a pretrial conference at its earliest convenience pursuant to Rule 16 of the Federal Rules of Civil Procedure to set a trial date and for the other purposes set forth in Rule 16.

DATED 3/26/2025                              Eric Stephenson
                                                           *Attorney for the Plaintiff*

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on 3/26/2025 I served the foregoing MOTION FOR PRETRIAL CONFERENCE to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*