Mark A. Nickel (14082)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
tymartin@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC, Michael W. Erickson, and Rob Kolkman*

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOUNTAIN LAND COLLECTIONS, et al.,<br><br>　　　　Defendants. | **SUBSTITUION OF COUNSEL FOR DEFENDANTS ROB KOLKMAN, MICHAEL W. ERICKSON, AND CONSTABLE KOLKMAN, LLC**<br><br>Case No.2:23-cv-00420-TS-CMR<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

　　　Notice is hereby provided that attorneys Mark A. Nickel and J. Tyler Martin of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby substitute in the place of David Paul Gardner and Christopher S. Hill, of the law firm of Kirton Mcconkie, as counsel for Defendants Rob Kolkman, Michael W. Erickson, and Constable Kolkman, LLC, in the above captioned matter. All pleadings, papers, filings, and communications should be delivered to new undersigned counsel.

　　　New undersigned counsel hereby certifies that they will comply with the existing hearing, schedule, and deadlines.

DATED this 4th day of April, 2025.

                                  **GORDON REES SCULLY MANSUKHANI, LLP**

                                  */s/ Mark A. Nickel*
                                  Mark A. Nickel
                                  J. Tyler Martin
                                  *Attorneys for Defendants Constable Kolkman, LLC and Rob Kolkman*

                                  **KIRTON MCCONKIE**

                                  */s/ David Paul Gardner (w/permission)*
                                  David Paul Gardner
                                  Christopher S. Hill

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2025, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** was filed with the Clerk of the Court using an approved electronic filing system, ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

                                                                            */s/ Mark A. Nickel*