Ryan L. Anderson (18670)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
*Attorneys for Defendants Constable Kolkman, LLC, and Rob Kolkman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　　　　Plaintiff,<br>v.<br><br>MOUNTAIN LAND COLLECTIONS, et al.,<br><br>　　　　　　Defendants | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00420-TS-CMR<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

PLEASE TAKE NOTICE that J. Tyler Martin, of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance in this matter as counsel for Defendants Rob Kolkman and Constable Kolkman, LLC, and request that all future notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon them at the captioned contact information above.

**DATED** this 14th day of April 2025.

　　　　　　　　　　　　　　　　　　　　**GORDON REES SCULLY MANSUKHANI, LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Ryan L. Anderson*
　　　　　　　　　　　　　　　　　　　　*Defendants Rob Kolkman and Constable Kolkman LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court using an approved electronic filing system, Green Filing, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

/s/ *Halla Harris*