Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| CHARLES YOUNG,<br><br>Plaintiff,<br>vs.<br>CONSTABLE KOLKMAN LLC, *et al.*,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Case Number: 2:23-cv-00420<br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |
|---|---|

The parties jointly file this Status Report in accordance with this Court's Discovery Management Order and Order to File Status Report.

Plaintiff filed Short Form Discovery Motion (ECF No. 36) on May 4, 2024 requesting responses to Interrogatories Numbers 9 through 14, Requests for Production Numbers 12-14 and 36-41. After Defendants opposed that Motion, the Court held a hearing on July 1, 2024 and granted the Motion in part and denied that motion in part on 10/15/2024 (ECF No. 54). The Court also stayed that order pending resolution of the cross motions for summary judgment then pending a decision. Those Motions are now resolved.

The parties have agreed that Defendants will comply with this Court's Order and provide the discovery materials at issue no later than May 30, 2025.

The parties also agree that discovery should be re-opened on a limited basis for a two-month period to allow the parties to conduct depositions.

– 2 –

Once discovery is completed, the parties request an additional two months to file dispositive motions.

A jury trial of this matter is expected to take four days and the parties propose scheduling trial to occur sometime in January or February of 2026.

DATED 5/22/2025                     Eric Stephenson
                                    *Attorney for the Plaintiff*


DATED 5/23/2025                     Tyler Martin
                                    *Attorney for the constable Defendants*
                                    *(Electronic signature affixed with permission)*

– 3 –

CERTIFICATE OF SERVICE

I hereby certify that on 5/22/2025 I served the foregoing JOINT STATUS REPORT to all counsel of record through email.

/s/ Eric Stephenson
*Attorney for Plaintiff*