Mark A. Nickel (14082)
M. Blake Hill (10941)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
bhill@grsm.com
tymartin@grsm.com

*Attorneys for Defendants Rob Kolkman, Michael W. Erickson*
*And Constable Kolkman, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>    Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Notice is hereby given that M. Blake Hill with the firm of Gordon Rees Scully Mansukhani, LLP will substitute in place of Ryan Anderson as counsel for Defendants Rob Kolkman, Michael W. Erickson and Constable Kolkman LLC. J. Tyler Martin and Mark A. Nickel remain as counsel of record for Defendants Constable Kolkman, LLC and Rob Kolkman. New undersigned counsel hereby certifies that he will comply with the existing schedule and deadlines.

**DATED** this 4th day of November, 2025.

        **GORDON REES SCULLY MANSUKHANI, LLP**

        */s/ M. Blake Hill*
        Mark A. Nickel
        M. Blake Hill
        J. Tyler Martin
        Ryan Anderson
        *Attorneys for Defendants Rob Kolkman, Michael W. Erickson and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2025, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Amber Liechty*