David P. Gardner (10096)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG, | **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiffs, | |
| v. | Case No. 2:23-cv-00420-TS |
| MICHAEL W. ERICKSON, | District Judge Ted Stewart |
| Defendant. | Magistrate Judge Cecilia M. Romero |

NOTICE IS HEREBY GIVEN to all parties that David P. Gardner of the law firm of Kirton McConkie hereby enters his appearance for Defendant Michael W. Erickson and directs that all correspondence, orders, and any other documents filed in connection with this matter should be addressed to Mr. Gardner at the address listed above.

DATED this 20th day of January, 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*

4925-3658-0233.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Court using the electronic filing system, which sent notification of such filing to all counsel of record.

*/s/ Mary Adamson*