David P. Gardner (10096)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. ERICKSON,<br><br>Defendant. | **MOTION TO CONTINUE TRIAL**<br><br>Case No. 2:23-cv-00420-TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

COMES NOW Defendant Michael W. Erickson, by and through counsel, and pursuant to DUCivR 7-1 as well as this Court's Trial Order dated December 29, 2025, hereby respectfully moves that the Court continue and reset the jury trial set for February 17, 2026, beginning at 8:30 a.m. and continuing for four (4) days.

The basis for the continuance of the trial is as follows:

1. This matter has been pending with the Court since the original complaint filed on August 22, 2023. Initially, the defendants were represented jointly by Kirton McConkie. The Court is aware of the procedural history of the case including cross motions for summary judgment and other filings.

2. In April of 2025, new counsel for the defendants (Gordon Reese) entered a Substitution of Counsel [Docket 61], identifying that new counsel was appearing on behalf of all named defendants, including Michael Erickson.

3. Counsel for the parties filed a Joint Status Report [Docket 65] on May 23, 2025, requesting a trial date. Obviously, Kirton McConkie was not included in the Joint Status Report because it had been terminated as counsel for defendants.

4. In October of 2025, counsel for Plaintiff served a subpoena on Michael Erickson to testify at a deposition in an unrelated matter, the Berry v. Kolkman case. Erickson sought counsel to represent him at the deposition. I was engaged to represent Erickson at the deposition which took place on December 8, 2025.

5. In late December 2025, I became aware of a Trial Order entered in this case. I attempted to contact counsel for Plaintiff; however, counsel for Plaintiff refused to communicate with me, stating that because I had been terminated as counsel, he was not authorized to speak with me regarding the case.

6. In January 2026, I discovered that Gordon Reese was not authorized to provide any defense to Erickson in this case; however, no Notice to Withdraw as counsel for Erickson was ever filed.

7. I attempted to communicate further with counsel for Plaintiff, but he refused to engage.

8. On Tuesday, January 20, 2026, I entered an appearance on behalf of Michael Erickson.

9. Due to other commitments, I am unable to attend the jury trial currently scheduled in just four weeks on February 17, 2026.

10. Further, my client has specifically requested that the parties attempt mediation to see if the case can be resolved.

11. I attempted to obtain a stipulation from counsel to continue the trial by an email communication today, but neither counsel has responded.  *See*, Exhibit 1, attached.

Based on these considerations, Defendant Michael Erickson respectfully requests that the Court reset the matter for a new trial date that will allow the parties to attempt mediation and allow counsel to more fully prepare for the upcoming jury trial.

DATED this 20th day of January, 2026.

                                                 KIRTON McCONKIE

                                                 */s/ David Gardner*
                                                 David P. Gardner
                                                 *Attorneys for Defendant Michael W. Erickson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing **MOTION TO CONTINUE TRIAL** with the Court using the electronic filing system, which sent notification of such filing to all counsel of record.

<em>/s/ Mary Adamson</em>