# EXHIBIT 1

| | |
|---|---|
| From: | David Gardner |
| To: | Eric Stephenson; Tyler Martin; Mark Nickel |
| Cc: | Mary Adamson; Zachary Lindley |
| Subject: | Young - Motion to Continue Trial |
| Date: | Tuesday, January 20, 2026 1:29:49 PM |
| Attachments: | image001.png |

Counsel,

As you may note, I just entered an appearance today for Michael Erickson. I believe that there may have been some confusion as to who was representing Mr. Erickson in this matter, and for the sake of my client, I felt it necessary to enter an appearance. Mr. Stephenson was refusing to communicate with me about the case even though he asked several questions regarding this case at the deposition of my client in the Berry case. Further, I recently discovered from Mr. Martin that he was not authorized by the carrier to defend Mr. Erickson even though the substitution of counsel filed last year erroneously included Mr. Erickson.

As I am coming back into this case with less than a month before trial, I suggest that a short continuance of the trial will be necessary. I have not had a chance to prepare jury instructions or otherwise prepare for the rapidly approaching trial. Further, I believe that alternative dispute resolution has not been fully attempted. I am hoping that you are willing to stipulate to a continuance. If not, I intend to file a motion to continue the trial today.

Please let me know if you are willing to stipulate to a continuance.

Thank you.

Dave

**David Gardner**
General Counsel

St. George Office
301 N. 200 E., Ste. 3A
St. George, UT 84770
kirtonmcconkie.com

d 385.354.5473
dgardner@kmclaw.com

**CONFIDENTIALITY NOTICE:** This communication may contain attorney-client privileged information. If you received this communication in error, please alert me by replying to this email and delete it immediately. Do not misuse or transmit the information to anyone. Thank you.