Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| CHARLES YOUNG, Plaintiff, vs. ROB KOLKMAN, *et al.* Defendants. | **NOTICE OF CONSENT TO CONTINUANCE** Case Number: 2:23-cv-00420-TS Judge: Ted Stewart Magistrate Judge: Cecilia M. Romero |
|---|---|

Plaintiff hereby consents to Defendant Michael Erickson's request for a continuance of the trial date currently scheduled for February 17th through the 20th, 2026, provided that all prior deadlines that have already passed are preserved and Defendants coordinate future filings with each other.

The deadline to submit jury instructions and verdict forms has expired. Plaintiff submitted his proposals and Counsel for the Kolkman Defendants submitted their proposals while their Substitution of Counsel notifying the parties and this Court that they represented Michael Erickson was in place.[1] Reopening this deadline would therefore be prejudicial to Plaintiff who timely submitted jury instructions and verdict forms in reliance on the existing deadline and Defendants stated representation.

---

[1] Substitution of Counsel (ECF No. 61)

Plaintiff also agrees to this continuance only on the grounds that the Defendants coordinate their future filings, including motions in limine, to avoid duplication or repetition. Without this requirement, Plaintiff will be burdened with responding to duplicative motions from multiple defendant groups seeking the same or similar relief, creating unnecessary work, expense, and burden on the Court's resources.

Plaintiff therefore does not oppose a continuance subject to the following:

1. The trial is continued to a mutually agreeable date;

2. All deadlines that have passed—including the deadline to exchange proposed jury instructions and verdict forms—remain closed and are not reopened; and

3. Defendants coordinate with each other and consolidate all future filings to avoid duplicative or overlapping motions.

These conditions are reasonable and necessary to prevent prejudice to Plaintiff. Plaintiff therefore respectfully requests that the Court grant the continuance subject to these conditions.

DATED 1/26/2026        /s/ Eric Stephenson
                       *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 1/26/2026 I served the foregoing NOTICE OF CONSENT TO CONTINUANCE to Defendants' counsel of record through this email.

DATED 1/26/2026                    /s/ Eric Stephenson
                                   *Attorney for the Plaintiff*