David P. Gardner (10096)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG, | **REPLY SUPPORTING MOTION TO CONTINUE TRIAL** |
| Plaintiffs, | |
| v. | Case No. 2:23-cv-00420-TS |
| MICHAEL W. ERICKSON, | District Judge Ted Stewart |
| Defendant. | Magistrate Judge Cecilia M. Romero |

Defendant Michael W. Erickson, by and through counsel, hereby respectfully submits this Reply Supporting his Motion to Continue Trial.

In addressing the content of Plaintiff's "Notice of Consent to Continuance" (ECF No. 74), in which Plaintiff generally agrees to a continuance so long as certain conditions are met, Plaintiff's arguments are unavailing and Plaintiff does not show that any prejudice will occur if a continuance is granted without his proposed conditions. Specifically, Plaintiff argues that while a continuance is generally acceptable, it should only be granted so long as the deadlines that have *just recently* passed remain expired. However, the only supporting argument is a conclusory one, in which Plaintiff argues simply that "[r]eopening this deadline would therefore be prejudicial to Plaintiff

who timely submitted jury instructions and verdict forms in reliance on the existing deadline and Defendants stated representation."

However, the only prejudice that will occur without a doubt is that to Mr. Erickson, who has been under the impression that his interests were being represented but has since found out that that is not the case. As aptly stated by counsel for the Kolkman Defendants: "Precluding Defendant Erickson from proposing jury instructions and a form of verdict may prejudice him from fully participating in the trial, but the other parties, including Plaintiff, would not be prejudiced by his participation in those trial activities." Mr. Erickson should be able to propose jury instructions and a form of verdict, as well as participate in all other trial-related deadlines, just as any other party, with representation.

Accordingly, Mr. Erickson respectfully requests that the Court grant his Motion, as supported by Kolkman Defendants, without any conditions suggested by Plaintiff.[1]

DATED this 27th day of January, 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*

---

[1] Mr. Erickson is unopposed to coordinating future filings, including motions in limine, as proposed by Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2026, I electronically filed the foregoing **REPLY SUPPORTING MOTION TO CONTINUE TRIAL** with the Court using the electronic filing system, which sent notification of such filing to all counsel of record.

*/s/ Mary Adamson*

4899-9146-4843.v1