Mark A. Nickel (14082)
Kyle C. Thompson (11242)
J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC, Rob Kolkman,*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHARLES YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, CONSTABLE KOLKMAN LLC, et al.,<br><br>      Defendants. | **CERTIFICATE OF SERVICE OF KOLKMAN DEFENDANTS' RESPONSE TO DEFENDNAT ERICKSON'S MOTION TO CONTINUE TRIAL**<br><br>Civil No. 2:23-cv-00420<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

I hereby certify that on the 26th of January, 2026, I served a true and correct copy of **KOLKMAN DEFENDANTS' RESPONSE TO DEFENDANT ERICKSON'S MOTION TO CONTINUE TRIAL** were served up on the following individuals via the court filing system.

David P. Gardner
**KIRTON McCONKIE**
dgardner@kmclaw.com
*Attorney for Michael W. Erickson*

Eric Stephenson
**STEPHENSON LAW FIRM**
ericstephenston@utahjustice.com
*Attorney for Plaintiff*

**DATED** this 29th day of January, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
*Attorneys for Defendants Constable Kolkman, LLC, Rob Kolkman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2026, a true and correct copy of the foregoing **CERTIFICATE OF SERVICE OF KOLKMAN DEFENDANTS' RESPONSE TO DEFENDNAT ERICKSON'S MOTION TO CONTINUE TRIAL** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

/s/ Amber Liechty