Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>     Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al.*,<br><br>     Defendants. | **EMERGENCY MOTION TO COMPEL DISCLOSURE OF WITNESS CONTACT INFORMATION**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Plaintiff respectfully requests an order from this Court requiring defense counsel to either provide current addresses and telephone numbers for Corey Revill and Andrea Croft, or alternatively accept service of trial subpoenas on their behalf as they previously represented they were authorized to do.

Plaintiff requests expedited consideration of this Motion due to the imminent trial date.

### ARGUMENT

Trial in this matter is scheduled to begin in approximately seventeen days. Corey Revill and Andrea Croft are employees of Defendants who participated in the collection activities at issue and are expected to be called as witnesses at trial. They are represented by Defendants' counsel, Tyler Martin and Ryan Anderson.

Because these witnesses are represented, Plaintiff made multiple written requests to defense counsel in this case and a related matter seeking either; (1)

1

current contact information for these witnesses, or (2) confirmation that defense counsel will accept service of subpoenas on their behalf. Despite these requests, defense counsel has not responded. Copies of Plaintiff's requests are attached as Exhibit 1.

Despite diligent and repeated efforts, Plaintiff has been unable to independently locate or verify current contact information necessary to effect personal service of trial subpoenas. As a result, Plaintiff cannot complete service of subpoenas without either contact information for these witnesses or an agreement by defense counsel to accept service on their behalf. Given the proximity of trial, this issue requires prompt resolution to ensure the orderly presentation of witness testimony.

In a related matter, *Berry v. Constable Kolkman LLC*, No. 2:24-cv-00705, defense counsel accepted service of deposition notices on behalf of witnesses they represent, including Andrea Croft and Jacky Johnson. The witnesses did not appear for their depositions.[1]

In light of that history, Plaintiff requests that any order permitting defense counsel to accept service also require reasonable efforts to secure the witnesses' appearance at trial on the dates specified in the subpoenas to the extent within counsel's authority and consistent with applicable rules.

Plaintiff therefore respectfully requests that the Court order defense counsel, within 48 hours of the Court's order, to either: (1) provide current addresses and telephone numbers for Corey Revill and Andrea Croft sufficient to permit personal service of subpoenas; or (2) accept service and undertake reasonable efforts to notify and secure attendance. Plaintiff further requests that

---

[1] *See* Motion for Sanctions, *Berry v. Constable Kolkman LLC*, No. 2:24-cv-00705, (ECF No. 58)

—3—

the Court retain jurisdiction to address any issues arising from non-compliance with its order.

DATED 04/03/2026                    /s/ Eric Stephenson
                                    *Attorney for the Plaintiff*

— 4 —

CERTIFICATE OF SERVICE

I hereby certify that on 3/31/2026 I served the foregoing EMERGENCY MOTION TO COMPEL DISCLOSURE OF WITNESS CONTACT INFORMATION to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*