**Subject:** Re: Young v. Kolkman - Subpoena List
**From:** Eric Stephenson <ericstephenson@utahjustice.com>
**Date:** 4/3/2026, 10:12 AM
**To:** Tyler Martin <tymartin@grsm.com>, Ryan Anderson <rlanderson@grsm.com>

Tyler,

This is my final request for your previously-promised cooperation with this and our other matters where you stated that you have authorization to accept serivce of process for your clients, Andrea Croft and Cory Revill. Please confirm you have authority and will accept service of process on their behalf.

**Eric Stephenson**
Managing Attorney

STEPHENSON LAW FIRM
(801) 386-5200 | Utahjustice.com


On 4/1/2026 6:29 PM, Eric Stephenson wrote:

> Tyler,
>
> I would appreciate a prompt response to this request so I have time to serve these subpoenas. Please confirm you have authority to accept trial subpoenas for your clients as listed below. If not, provide their current addresses and phone numbers so I can serve them.
>
> **Eric Stephenson**
> Managing Attorney
>
> STEPHENSON LAW FIRM
> (801) 386-5200 | Utahjustice.com
>
>
> On 4/1/2026 9:44 AM, Eric Stephenson wrote:
>
>> Tyler,
>>
>> Plaintiff will subpoena the following witnesses who you have indicated are also your clients. Please provide their current addresses and phone numbers so we can serve them.
>>
>> 1. Rob Kolkman
>> 2. Cory Revill
>> 3. Andrea Croft
>>
>> Thank you,
>>
>> **Eric Stephenson**
>> Managing Attorney
>>
>> STEPHENSON LAW FIRM
>> (801) 386-5200 | Utahjustice.com