Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>        Defendants. | **ORDER GRANTING EMERGENCY MOTION TO COMPEL DISCLOSURE OF WITNESS CONTACT INFORMATION**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

This matter is before the Court on Plaintiff's Motion to Compel Disclosure of Witness Contact Information or Acceptance of Service of Trial Subpoenas. Having considered the motion and the record, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.    Within forty-eight (48) hours of entry of this Order, defense counsel shall either:

   a.    Provide Plaintiff with the current addresses and telephone numbers for Corey Revill and Andrea Croft sufficient to permit personal service of trial subpoenas; or

   b.    Accept service of trial subpoenas on behalf of Corey Revill and Andrea Croft.

2.    If defense counsel accepts service of subpoenas pursuant to Paragraph 1(b), defense counsel shall make reasonable efforts, within the scope of

1

— 2 —

their authority, to notify Corey Revill and Andrea Croft of the subpoenas and facilitate their appearance at trial on the dates specified therein.

3.      Nothing in this Order is intended to expand or alter the legal obligations of any witness beyond those imposed by applicable law and the Federal Rules of Civil Procedure.

4.      The Court retains jurisdiction to address any issues arising from non-compliance with this Order, including any failure to comply with subpoena obligations or related matters affecting trial proceedings.

DATED _____        BY THE COURT:

_____
Cecilia M. Romero
*United States District Magistrate Judge*

— 3 —

CERTIFICATE OF SERVICE

I hereby certify that on 3/31/2026 I served the foregoing ORDER GRANTING EMERGENCY MOTION TO COMPEL DISCLOSURE OF WITNESS CONTACT INFORMATION to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*