Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>   Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>   Defendants. | **NOTICE OF ERRATA**<br><br>Case Number: 2:23-cv-00420-TS<br><br>Judge: Ted Stewart |

Plaintiff submits this Notice of Errata to correct two clerical errors in Docket Entry 85:

1. The filing inadvertently listed the assigned magistrate judge instead of the assigned district judge, the Honorable Ted Stewart.

2. The certificate of service contained an incorrect service date. The correct date of service is April 3, 2026.

No other changes are requested.


DATED 04/03/2026            /s/ Eric Stephenson
                                       *Attorney for the Plaintiff*

1

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/3/2026 I served the foregoing NOTICE OF ERRATA to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*