Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>    Defendants. | **MOTION TO EXPEDITE**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff moves the Court to expedite consideration of Plaintiff's Emergency Motion to Compel Disclosure of Witness Contact Information. Trial is 17 days away, and Plaintiff cannot serve trial subpoenas without immediate relief.


DATED 04/03/2026                     /s/ Eric Stephenson
                                      *Attorney for the Plaintiff*

1

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/3/2026 I served the foregoing MOTION TO EXPEDITE to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*