Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXPEDITE**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff's Motion to Expedite Consideration of Plaintiff's Emergency Motion to Compel Disclosure of Witness Contact Information is GRANTED. The Court will consider the Emergency Motion on an expedited basis and may set a response deadline or hearing by separate order.

DATED _____        BY THE COURT:


_____
Ted Stewart
*United States District Judge*

1

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/3/2026 I served the foregoing ORDER GRANTING MOTION TO EXPEDITE to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*