Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, MICHAEL ERICKSON, and JOHN DOES 1-5,<br><br>　　　Defendants. | **VERDICT FORM**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Plaintiff respectfully submits the attached proposed verdict form for this Court's approval.

DATED 04/06/2026　　　　　/s/ Eric Stephenson
　　　　　　　　　　　　　*Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on 3/31/2026 I served the foregoing VERDICT FORM to Defendants' counsel of record through email.

　　　　　　　　　　　　　/s/ Eric Stephenson
　　　　　　　　　　　　　*Attorney for Plaintiff*

1

VERDICT

We, the jury, answer the questions submitted to us as follows:

**Part I – FDCPA Violations**

1. Did one or more Defendants use any false, deceptive, or misleading representations when communicating with Mr. Young?

   Yes _____          No _____

2. Did one or more Defendants engage in conduct that harassed, oppressed, or abused Mr. Young?

   Yes _____          No _____

3. Did one or more Defendants use any unfair or unconscionable means against Mr. Young?

   Yes _____          No _____

4. Did one or more Defendants threaten to take action against Mr. Young that could not be legally taken or was not intended to be taken?
   Yes _____          No _____

5. Did one or more Defendants falsely represent to Mr. Young that their communications were legal process, government affiliated, or official in nature when they were not?

   Yes _____          No _____

6. Did one or more Defendants fail to provide required FDCPA disclosures, including notice of the right to dispute the debt or notice that communications were from a debt collector?

   Yes _____          No _____

7. Did any Defendant misrepresent the character, amount, or legal status of the alleged debt?

   Yes _____          No _____

8. Did any Defendant collect or attempt to collect any amounts of money Mr. Young did not owe?

   Yes _____          No _____

**Part II – Attribution of Liability**

If you answered Yes to any question in Part I, indicate which Defendants committed one or more FDCPA violations:

Group A: Michael Erickson Defendants

Liable _____        Not Liable _____

Group B: Rob Kolkman Defendants

Liable _____        Not Liable _____

**Note:** The jury may find one or both groups liable. If you find both groups liable, each is responsible for the full amount of any actual damages and statutory damages you award. Do not divide these damages between the groups.

**Part III – Fraud**

9. Did any Defendant knowingly make a false representation of a material fact to Mr. Young in connection with the collection of the alleged debt?

Yes _____        No _____

If yes, indicate which Defendants:

Group A: Michael Erickson Defendants

Yes _____        No _____

Group B: Rob Kolkman Defendants

Yes _____        No _____

10. Did any Defendant intentionally conceal or omit material information to mislead Mr. Young?

Yes _____        No _____

If yes, indicate which Defendants:

Group A: Michael Erickson Defendants

Yes _____        No _____

Group B: Rob Kolkman Defendants

Yes _____          No _____

11. If you answered "Yes" to Question 9 or 10, did Mr. Young reasonably rely on the misrepresentation or concealment?

Yes _____          No _____

12. If you answered "Yes" to Question 9 or 10, did any of Mr. Young's damages arise from reliance on Defendant's fraudulent misrepresentation or concealment?

Yes _____          No _____

**Part IV – Willful or Malicious Conduct**

13. Did any Defendant knowingly use legal process or apparent official authority to pressure Mr. Young to pay money without a present intent to carry out the threatened seizure or sale?

Yes _____          No _____

If yes, indicate which Defendants:

Group A: Michael Erickson Defendants

Yes _____          No _____

Group B: Rob Kolkman Defendants

Yes _____          No _____

14. Was any Defendant's conduct willful and malicious?

Yes _____          No _____

If yes, indicate which Defendants:

Group A: Michael Erickson Defendants

Yes _____          No _____

Group B: Rob Kolkman Defendants

Yes _____          No _____

15. Was any Defendant's conduct undertaken with knowing and reckless indifference toward Mr. Young's rights?

Yes _____          No _____

If yes, indicate which Defendants:

Group A: Michael Erickson Defendants

Yes _____          No _____

Group B: Rob Kolkman Defendants

Yes _____          No _____

**Part V – Damages**

16. What amount do you award to Mr. Young for statutory damages under the FDCPA (not to exceed $1,000.00)?

$_____

17. What amount do you award to Mr. Young for actual damages (including any out-of-pocket losses, emotional distress, humiliation, embarrassment, and mental anguish)?

$_____

18. What amount do you award Mr. Young for punitive damages against the Michael Erickson Defendants?
*(Answer only if you answered Yes to Question 12, Question 13, Question 14, or Question 15.)*

$_____

19. What amount do you award Mr. Young for punitive damages against the Rob Kolkman Defendants?
*(Answer only if you answered Yes to Question 12, Question 13, Question 14, or Question 15.)*

$_____

Date: _____          Foreman: _____