Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, *et al*.<br><br>    Defendants. | **NOTICE OF ERRATA**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff submits this Notice of Errata to correct one clerical error in Docket Entry 98:

1. The filing inadvertently failed to list one of Plaintiff's exhibits, namely Plaintiff's Summary of Facts Conclusively Established by Defendant's Admissions. The Amended Proposed Pretrial Order now correctly lists that exhibit.

No other changes are requested.


DATED 04/07/2026                 /s/ Eric Stephenson
                                 *Attorney for the Plaintiff*