Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants, Rob Kolkman and Constable Kolkman, LLC, give notice that Charles W. Brown Jr., on behalf of the law firm Gordon Rees Scully Mansukhani, LLP, is appearing on behalf of Defendants for all purposes in connection with this matter.

///

///

Undersigned counsel requests that, in addition to the defense counsel identified hereon, he is included on all pleadings, notices, orders, and other items of record sent in this matter.

**DATED** this 8th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Charles W. Brown Jr.*

Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
Ryan Anderson
*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of April, 2026, a true and correct copy of the foregoing

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN, LLC** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.


*/s/ Kelsie Eilers*