Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| CHARLES YOUNG, Plaintiff, vs. ROB KOLKMAN *et al.*, Defendants. | **ORDER GRANTING MOTION FOR JUDICIAL NOTICE** Case Number: 2:23-cv-00420-TS Judge: Ted Stewart |
|---|---|

Plaintiff requested judicial notice of Utah law pursuant to Rule 201 of the Federal Rules of Evidence. Having reviewed the request and for good cause showing, the Court hereby GRANTS Plaintiff's request.

IT IS HEREBY ORDERED that the Court takes judicial notice of the following:

1.    Utah Code Ann. § 34A-2-401(2), which addresses responsibility for medical expenses arising from work-related injuries; and

2.    Utah Admin. Code R612-300-7, which governs billing practices for medical services related to workers' compensation claims.

3.    The Court will instruct the jury as follows:

Under Utah law, medical expenses arising from a work-related injury are generally the responsibility of the employer and its workers' compensation insurance carrier rather than the injured employee when the treatment is compensable under the workers' compensation system.

1

— 2 —

DATED _____        BY THE COURT:


                               _____
                               Ted Stewart
                               *United States District Judge*