Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> ROB KOLKMAN *et al.*, <br><br> Defendants. | **MOTION TO EXPEDITE** <br><br> Case Number: 2:23-cv-00420-TS <br> Judge: Ted Stewart |

Plaintiff respectfully requests this Court to expedite consideration of Plaintiff's Motion for Judicial Notice. Trial is 12 days away and a ruling on the request is necessary to properly instruct the jury. Plaintiff's request concerns statutes and regulations that are fixed, authoritative, and readily verifiable from sources whose accuracy cannot reasonably be questioned. The request can therefore be decided on the papers.

DATED 04/08/2026

/s/ Eric Stephenson
*Attorney for the Plaintiff*

1

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/3/2026 I served the foregoing MOTION TO EXPEDITE to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*