Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al.*,<br><br>　　　Defendants. | **ORDER GRANTING MOTION TO EXPEDITE**<br><br>Case Number: 2:23-cv-00420-TS<br><br>Judge: Ted Stewart |

Plaintiff's Motion to Expedite Consideration of Plaintiff's Motion for Judicial

Notice is GRANTED. The Court will consider the Motion on an expedited basis and

may set a response deadline or hearing by separate order.

　　　DATED _____　　　BY THE COURT:


_____
Ted Stewart
*United States District Judge*

1

— 2 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/3/2026 I served the foregoing ORDER GRANTING MOTION TO EXPEDITE to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*