Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Ste. 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
Mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, et al.,<br><br>Defendant. | **CERTIFICATE OF SERVICE OF CONTACT INFORMATION FOR COREY REVILL AND ANDREA CROFT**<br><br>Case No. 2:23-cv-00420-TS-CMR<br><br>District Judge Ted Stewart Chief Magistrate Judge Cecilia M. Romero |

I hereby certify that the undersigned had notified Plaintiff's counsel that they could accept service of the individuals listed, and on the 10th day of April 2026, I served an electronic copy of the foregoing **CONTACT INFORMATION FOR COREY REVILL AND ANDREA CROFT,** on the following:

Eric Stephenson
ericstephenson@utahjustice.com
DATED this 10th day of April 2026.

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
*/s/ J. Tyler Martin*
Mark A. Nickel
J. Tyler Martin
Ryan L. Anderson

*Attorneys for Defendants Rob Kolkman and*
*Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2026, a true and correct copy of the foregoing **CERTIFICATE OF SERVICE OF OF CONTACT INFORMATION FOR COREY REVILL AND ANDREA CROFT** was filed with the Clerk of the Court using an approved electronic filing system, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

_/s/  Halla Harris_____