David P. Gardner (10096)
Zachary C. Lindley (17261)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com
zlindley@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON,<br><br>　　　　Defendants. | **DEFENDANT MICHAEL ERICKSON'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Case No. 2:23-cv-00420-TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Defendant Michael W. Erickson, by and through his counsel of record, hereby submits the following voir dire questions for approval by the Court.

1. This case is brought under the Fair Debt Collection Practices Act and involves the Defendants attempting to execute a judgment. Do any of you have any experience with a constable or sheriff executing a judgment? Do you have any past experience either good or bad involving such a constable? Would the experience affect your ability to be an impartial juror in this case?

4898-1318-4929.v1

2. This case is brought against a constable who is similar to a sheriff or peace officer, do any of you have strong feelings either for or against police officers?  Any past experience that would make it difficult to be fair and impartial?

3. In this case, we will talk about a reasonable standard of care and what that requires.  Can you agree to not hold Defendants to a higher standard?  Do you have any problem applying just a reasonable standard of care?

4. Have any of you or a family member been involved in a lawsuit either as a plaintiff or a defendant?  Will it affect your ability to be impartial in this case?

5. Have you, or any immediate family member, ever filed a lawsuit against another person for damages?  What was the outcome?  How did you feel about the judicial process?  Have you, or any immediate family member, ever been sued by someone else?  What was the result?  If so, would that experience cause you to have any bias against any party in this case?

6. Have any of you had any dealings with Plaintiff?  Any dealings with either Defendant?

7. Do you agree that a person has the right to defend themselves?  Any bias or prejudice against that idea?  We understand that it is inconvenient for you to be here, but can you agree not to hold that against any party?

8. Can all of you agree that you will base your decision upon the facts and evidence that are placed before you, and not based upon feelings of sympathy?  If not, can you raise your hand?

9. Have any of you served on a jury before?  Was there anything negative about that experience?

2

4898-1318-4929.v1

10. In our legal system, you are required to weigh the facts in this case and determine the truth. That is what the word verdict means; it means to speak the truth.  The judge, however, is required to instruct you on the law.  You are required to follow the judge's instructions on the law.  Can you agree that you will follow the legal instructions given to you by Judge Stewart regardless of whether you disagree with them, if you think they are unfair, unreasonable or if they run against your sympathy, etc.

11. If you refuse to follow the legal instructions of this court, would you please raise your hand.

12. Finally, in our judicial system, the plaintiff has the burden of proof.  He must prove to you that his claims are true and correct by a preponderance of the evidence.  Because of that, he is entitled to present his case to you in its entirety, before the Defendants.  His attorney will always go first.  Because some people tend to make up their mind based on the first thing they hear and formulate early impressions, the defendants are at some disadvantage because they always go last.  Can all of you agree that you will wait until you hear all the evidence before making your decision?  If you can't, would you please raise your hand?

13. If the plaintiff fails to prove any aspect of his case, will any of you have a problem returning a verdict in favor of the defendants even if that means that you award the plaintiff nothing?

14. If the defendants are successful in proving their case, will any of you have a problem returning a verdict in Defendants' favor and awarding the plaintiff nothing?

DATED this 13th day of April, 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2026, a copy of **DEFENDANT MICHAEL ERICKSON'S PROPOSED VOIR DIRE QUESTIONS** was served on all counsel of record via the court's electronic filing system.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*

4

4898-1318-4929.v1