Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>    Defendants. | **PROPOSED VOIR DIRE**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants, Rob Kolkman and Constable Kolkman, LLC, hereby propose the following voir dire questions to the jury panel for this Court's consideration.

1.    Is there anyone here who tends to be skeptical of people acting in an official capacity, like law enforcement or court officers?

1

2.      Is there anyone who would start this case with concerns about someone carrying out a court order?

3.      Has anyone had an experience that left you distrustful of government or enforcement authority?

4.      Is there anyone who feels that if something is not written explicitly in a court order, it should never be done?

5.      Is there anyone who believes that rules must be followed exactly the same way every time, without any flexibility?

6.      Would anyone have a problem with the idea that someone executing a court order might need to make judgment calls in real time?

7.      Is there anyone who believes that discussing or working out a payment arrangement in that situation would be inappropriate?

8.      Would anyone view a payment arrangement as coercive or improper, even if it allowed someone to keep their property?

9.      Is there anyone who feels that once enforcement starts, the only proper course is to carry it through strictly, without alternatives?

10.     Is there anyone here who believes that debt collection efforts are generally unfair or abusive?

11.     Is there anyone who feels that if someone is being pursued for a debt, something improper is probably happening?

12.     Has anyone had a negative experience with a debt collector that still affects how you view those situations today?

13.  Has anyone had a personal experience involving seizure of property or enforcement of a judgment that left a strong impression on you?

14.  Did that experience leave you with feelings that might affect how you view a case like this?

15.  Is there anyone who believes that if a situation is stressful, that alone is enough to justify a monetary award?

16.  Would anyone award damages based on stress even if there isn't clear financial or measurable harm?

17.  Is there anyone who believes that if a law is violated, damages should automatically follow regardless of the level of harm?

18.  Is there anyone who would have difficulty requiring proof of actual damages before awarding money?

19.  Is there anyone who would hold a constable or officer to a higher standard than other individuals simply because of their position?

20.  Is there anyone who feels they would be more critical of someone acting under authority than of a private individual?

21.  Is there anyone who feels they would naturally sympathize with someone facing collection or loss of property regardless of the details?

22.  Is there anyone who feels that situations involving potential loss of property are inherently unfair?

23.  Is there anyone who would have difficulty accepting that working out a payment arrangement could be a reasonable way to handle *enforcement* of a court order?

24.     Is there anyone who would view that kind of arrangement as improper regardless of the circumstances?

25.     Is there anything about the subject matter of this case—execution of a court order, collection activity, or claims for damages—that would make it difficult for you to be fair to both sides?

**DATED** this 13th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Charles W. Brown Jr.*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
Ryan Anderson
*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing **PROPOSED VOIR DIRE** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Kelsie Eilers*