The Order of the Court is stated below:
**Dated:** July 29, 2022           **/s/**  ROENA GAMMON
          01:13:46 PM                        District Court Clerk

689907

Quinn M. Kofford (6261)
P.O. Box 1425
American Fork, UT  84003
Telephone:  385-265-5102
Email:  contact-info@koffordlaw.com
*Attorney for Plaintiff*

---

In the Fourth District Court of Utah

Fourth Judicial District, Utah County

American Fork Department

75 East 80 North, Suite 202, American Fork, UT  84003

---

| | |
|---|---|
| Mountain Land Collections, LLC <br><br> Plaintiff, <br> vs. <br><br> Charles Rich Young and <br> Corie Young, <br><br> Defendants | **Writ of Execution** <br> **(as to Charles Rich Young only)** <br><br><br> Civil Number: 229102019 <br><br> Judge:  Porter |

To any Sheriff or Constable having authority in the State of Utah:

(1)    A judgment has been entered against the judgment debtors.  Because of the nature of the

   Judgment, there may be both joint and several amounts due and additional judgment amounts for which only certain judgment debtor(s) are responsible.  The total joint and several judgment entered against both Defendants was $5,362.08.  When combining the joint and several and separate/individual judgment amounts (if applicable), the total combined amount outstanding, inclusive of post-judgment interest, costs and payments, is:  **$5,542.18.**  (Interest, costs and payments are not added multiple times in the combined total, but once only).

(2)    You are directed to seize and sell enough of the judgment debtor's non-exempt property described in Paragraphs (5) and (6) of the Application for Writ of Execution to satisfy that amount.

(3)      You are directed to serve this Writ and all attachments on the debtor and on the people named in Paragraphs (5) and (6) of the Application for Writ of Execution.

(4)      You are to return this Writ within 10 days after receiving it, with a signed account of your actions in executing this Writ.

BY ORDER OF THE COURT

*\*\* In accordance with the Utah State District Court's E-filing Standard No. 4, and URCP Rule 10(e), this Writ does not bear the handwritten signature of the Judge, but instead displays an electronic signature at the top of the first page of this Writ.\*\**
