## SPECIAL JURY VERDICT FORM

We, the jury, hereby answer the questions submitted to us as follows:

1. Did Defendant Rob Kolkman collect or attempt to collect a debt from Plaintiff?

    _____ Yes          _____ No

    If you answered "Yes" to Question 1, then proceed to Question 2.  If you answered "No" to Question 1, then do not answer Question 2 and instead proceed to Question 3.

2. Did Defendant Rob Kolkman communicate with Plaintiff to collect or attempt to collect a debt?

    _____ Yes          _____ No

    Please proceed to Question 3.

3. Did Defendant Constable Kolkman LLC collect or attempt to collect a debt from Plaintiff?

    _____ Yes          _____ No

    If you answered "Yes" to Question 3, then proceed to Question 4.  If you answered "No" to Question 3, then do not answer Question 4 and instead proceed to Question 5.

4. Did Defendant Constable Kolkman LLC communicate with Plaintiff to collect or attempt to collect a debt?

    _____ Yes          _____ No

    Please proceed to Question 5.

5. Did Defendant Michael Erickson collect or attempt to collect a debt from Plaintiff?

    _____ Yes          _____ No

    If you answered "Yes" to Question 5, then proceed to Question 6.  If you answered "No" to Question 5, then do not answer Question 6 and instead proceed to Question 7.

6. Did Defendant Michael Erickson communicate with Plaintiff to collect or attempt to

1

collect a debt?

_____ Yes        _____ No

Please proceed to Question 7.

7. Did Defendant Utah County Constable's Office collect or attempt to collect a debt from Plaintiff?

_____ Yes        _____ No

If you answered "Yes" to Question 7, then proceed to Question 8.  If you answered "No" to Question 7, then do not answer Question 8 and instead proceed to Question 9.

8. Did Defendant Utah County Constable's Office communicate with Plaintiff to collect or attempt to collect a debt?

_____ Yes        _____ No

Please proceed to Question 9.

9. Did Defendant Office of the Utah County Constable collect or attempt to collect a debt from Plaintiff?

_____ Yes        _____ No

If you answered "Yes" to Question 9, then proceed to Question 10.  If you answered "No" to Question 9, then do not answer Question 10 and instead proceed to Question 11.

10. Did Defendant Office of the Utah County Constable communicate with Plaintiff to collect or attempt to collect a debt?

_____ Yes        _____ No

Please proceed to Question 11.

11. Answer Question 11 only if you answered "Yes" to Question 2.  If you answered "No" to Question 2 or did not answer Question 2, then do not answer Question 11 and instead proceed to Question 19.

Did Defendant Rob Kolkman use any false, deceptive, or misleading representations when attempting to collect a debt from Plaintiff?

_____ Yes        _____ No

If you answered Question 11, then please proceed to Question 12.

12. Did Defendant Rob Kolkman harass, oppress, or abuse Plaintiff when attempting to collect a debt from him?

_____ Yes                    _____ No

If you answered Question 12, then please proceed to Question 13.

13. Did Defendant Rob Kolkman use any unfair or unconscionable means to attempt to collect a debt from Plaintiff?

_____ Yes                    _____ No

If you answered Question 13, then please proceed to Question 14.

14. Did Defendant Rob Kolkman threaten to take action against Plaintiff that could not be legally taken or was not intended to be taken?

_____ Yes                    _____ No

If you answered Question 14, then please procced to Question 15.

15. Did Defendant Rob Kolkman falsely represent to Plaintiff that his communications were legal process, government affiliated, or official in nature when in fact they were not?

_____ Yes                    _____ No

If you answered Question 15, then please proceed to Question 16.

16. Did Defendant Rob Kolkman fail to provide required Federal Debt Collection Practices Act disclosures to Plaintiff?

_____ Yes                    _____ No

If you answered Question 16, then please proceed to Question 17.

17. Did Defendant Rob Kolkman misrepresent to Plaintiff the character, amount, or legal status of the debt that he was attempting to collect?

_____ Yes                    _____ No

If you answered Question 17, then please proceed to Question 18.

18. Did Defendant Rob Kolkman collect or attempt to collect any amounts of money that

Plaintiff did not owe?

_____ Yes                    _____ No

If you answered Question 18, then please proceed to Question 19.

19. Answer Question 19 only if you answered "Yes" to Question 4.  If you answered "No" to Question 4 or did not answer Question 4, then do not answer Question 19 and instead proceed to Question 27.

Did Defendant Constable Kolkman LLC use any false, deceptive, or misleading representations when attempting to collect a debt from Plaintiff?

_____ Yes                    _____ No

If you answered Question 19, then please proceed to Question 20.

20. Did Defendant Constable Kolkman LLC harass, oppress, or abuse Plaintiff when attempting to collect a debt from him?

_____ Yes                    _____ No

If you answered Question 20, then please proceed to Question 21.

21. Did Defendant Constable Kolkman LLC use any unfair or unconscionable means to attempt to collect a debt from Plaintiff?

_____ Yes                    _____ No

If you answered Question 21, then please proceed to Question 22.

22. Did Defendant Constable Kolkman LLC threaten to take action against Plaintiff that could not be legally taken or was not intended to be taken?

_____ Yes                    _____ No

If you answered Question 22, then please procced to Question 23.

23. Did Defendant Constable Kolkman LLC falsely represent to Plaintiff that its communications were legal process, government affiliated, or official in nature when in fact they were not?

_____ Yes                    _____ No

If you answered Question 23, then please proceed to Question 24.

24. Did Defendant Constable Kolkman LLC fail to provide required Federal Debt Collection Practices Act disclosures to Plaintiff?

_____ Yes                _____ No

If you answered Question 24, then please proceed to Question 25.

25. Did Defendant Constable Kolkman LLC misrepresent to Plaintiff the character, amount, or legal status of the debt that he was attempting to collect?

_____ Yes                _____ No

If you answered Question 25, then please proceed to Question 26.

26. Did Defendant Constable Kolkman LLC collect or attempt to collect any amounts of money that Plaintiff did not owe?

_____ Yes                _____ No

If you answered Question 26, then please proceed to Question 27.

27. Answer Question 27 only if you answered "Yes" to Question 6. If you answered "No" to Question 6 or did not answer Question 6, then do not answer Question 27 and instead proceed to Question 35.

Did Defendant Michael Erickson use any false, deceptive, or misleading representations when attempting to collect a debt from Plaintiff?

_____ Yes                _____ No

If you answered Question 27, then please proceed to Question 28.

28. Did Defendant Michael Erickson harass, oppress, or abuse Plaintiff when attempting to collect a debt from him?

_____ Yes                _____ No

If you answered Question 28, then please proceed to Question 29.

29. Did Defendant Michael Erickson use any unfair or unconscionable means to attempt to collect a debt from Plaintiff?

_____ Yes                _____ No

If you answered Question 29, then please proceed to Question 30.

30. Did Defendant Michael Erickson threaten to take action against Plaintiff that could not be legally taken or was not intended to be taken?

_____ Yes           _____ No

If you answered Question 30, then please procced to Question 31.

31. Did Defendant Michael Erickson falsely represent to Plaintiff that its communications were legal process, government affiliated, or official in nature when in fact they were not?

_____ Yes           _____ No

If you answered Question 31, then please proceed to Question 32.

32. Did Defendant Michael Erickson fail to provide required Federal Debt Collection Practices Act disclosures to Plaintiff?

_____ Yes           _____ No

If you answered Question 32, then please proceed to Question 33.

33. Did Defendant Michael Erickson misrepresent to Plaintiff the character, amount, or legal status of the debt that he was attempting to collect?

_____ Yes           _____ No

If you answered Question 33, then please proceed to Question 34.

34. Did Defendant Michael Erickson collect or attempt to collect any amounts of money that Plaintiff did not owe?

_____ Yes           _____ No

If you answered Question 34, then please proceed to Question 35.

35. Answer Question 35 only if you answered "Yes" to Question 8. If you answered "No" to Question 8 or did not answer Question 8, then do not answer Question 35 and instead proceed to Question 43.

Did Defendant Utah County Constable's Office use any false, deceptive, or misleading representations when attempting to collect a debt from Plaintiff?

_____ Yes           _____ No

If you answered Question 35, then please proceed to Question 36.

36. Did Defendant Utah County Constable's Office harass, oppress, or abuse Plaintiff when attempting to collect a debt from him?

_____ Yes           _____ No

If you answered Question 36, then please proceed to Question 37.

37. Did Defendant Utah County Constable's Office use any unfair or unconscionable means to attempt to collect a debt from Plaintiff?

_____ Yes           _____ No

If you answered Question 37, then please proceed to Question 38.

38. Did Defendant Utah County Constable's Office threaten to take action against Plaintiff that could not be legally taken or was not intended to be taken?

_____ Yes           _____ No

If you answered Question 38, then please procced to Question 39.

39. Did Defendant Utah County Constable's Office falsely represent to Plaintiff that its communications were legal process, government affiliated, or official in nature when in fact they were not?

_____ Yes           _____ No

If you answered Question 39, then please proceed to Question 40.

40. Did Defendant Utah County Constable's Office fail to provide required Federal Debt Collection Practices Act disclosures to Plaintiff?

_____ Yes           _____ No

If you answered Question 40, then please proceed to Question 41.

41. Did Defendant Utah County Constable's Office misrepresent to Plaintiff the character, amount, or legal status of the debt that it was attempting to collect?

_____ Yes           _____ No

If you answered Question 41, then please proceed to Question 42.

42. Did Defendant Utah County Constable's Office collect or attempt to collect any amounts of money that Plaintiff did not owe?

_____ Yes            _____ No

If you answered Question 42, then please proceed to Question 43.

43. Answer Question 43 only if you answered "Yes" to Question 10.  If you answered "No" to Question 10 or did not answer Question 10, then do not answer Question 43 and instead proceed to Question 51.

Did Defendant Office of the Utah County Constable use any false, deceptive, or misleading representations when attempting to collect a debt from Plaintiff?

_____ Yes            _____ No

If you answered Question 43, then please proceed to Question 44.

44. Did Defendant Office of the Utah County Constable harass, oppress, or abuse Plaintiff when attempting to collect a debt from him?

_____ Yes            _____ No

If you answered Question 44, then please proceed to Question 45.

45. Did Defendant Office of the Utah County Constable use any unfair or unconscionable means to attempt to collect a debt from Plaintiff?

_____ Yes            _____ No

If you answered Question 45, then please proceed to Question 46.

46. Did Defendant Office of the Utah County Constable threaten to take action against Plaintiff that could not be legally taken or was not intended to be taken?

_____ Yes            _____ No

If you answered Question 46, then please procced to Question 47.

47. Did Defendant Office of the Utah County Constable falsely represent to Plaintiff that its communications were legal process, government affiliated, or official in nature when in fact they were not?

_____ Yes            _____ No

If you answered Question 47, then please proceed to Question 48.

48. Did Defendant Office of the Utah County Constable fail to provide required Federal

Debt Collection Practices Act disclosures to Plaintiff?

_____ Yes           _____ No

If you answered Question 48, then please proceed to Question 49.

49. Did Defendant Office of the Utah County Constable misrepresent to Plaintiff the character, amount, or legal status of the debt that he was attempting to collect?

_____ Yes           _____ No

If you answered Question 49, then please proceed to Question 50.

50. Did Defendant Office of the Utah County Constable collect or attempt to collect any amounts of money that Plaintiff did not owe?

_____ Yes           _____ No

If you answered Question 50, then please proceed to Question 51.

51. Did Defendant Rob Kolkman commit fraud upon Plaintiff? That is, does clear and convincing evidence show that Defendant Rob Kolkman made any false representation to Plaintiff that Defendant Rob Kolkman knew to be false and with intent to deceive Plaintiff, upon which representation Plaintiff justifiably relied and which resulted in damages or harm to Plaintiff?

_____ Yes           _____ No

If you answered Question 51, then please proceed to Question 52.

52. Did Defendant Constable Kolkman LLC commit fraud upon Plaintiff? That is, does clear and convincing evidence show that Defendant Constable Kolkman LLC made any false representation to Plaintiff that Defendant Constable Kolkman LLC knew to be false and with intent to deceive Plaintiff, upon which representation Plaintiff justifiably relied and which resulted in damages or harm to Plaintiff?

_____ Yes           _____ No

If you answered Question 52, then please proceed to Question 53.

53. Did Defendant Michael Erickson commit fraud upon Plaintiff? That is, does clear and convincing evidence show that Defendant Michael Erickson made any false representation to Plaintiff that Defendant Michael Erickson knew to be false and with intent to deceive Plaintiff, upon which representation Plaintiff justifiably relied and which resulted in damages or harm to Plaintiff?

_____ Yes                    _____ No

If you answered Question 53, then please proceed to Question 54.

54. Did Defendant Utah County Constable's Office commit fraud upon Plaintiff?  That is, does clear and convincing evidence show that Defendant Utah County Constable's Office made any false representation to Plaintiff that Defendant Utah County Constable's Office knew to be false and with intent to deceive Plaintiff, upon which representation Plaintiff justifiably relied and which resulted in damages or harm to Plaintiff?

_____ Yes                    _____ No

If you answered Question 54, then please proceed to Question 55.

55. Did Defendant Office of the Utah County Constable commit fraud upon Plaintiff? That is, does clear and convincing evidence show that Defendant Office of the Utah County Constable made any false representation to Plaintiff that Defendant Office of the Utah County Constable knew to be false and with intent to deceive Plaintiff, upon which representation Plaintiff justifiably relied and which resulted in damages or harm to Plaintiff?

_____ Yes                    _____ No

If you answered Question 55, then please proceed to Question 56.

56. Answer Question 56 only if you answered "Yes" to at least one of the questions from Question 11 to Question 50.  If you did not answer "Yes" to at least one question from Question 11 to Question 50, then do not answer Question 56 and instead please proceed to Question 57.

What amount, if any, do you award Plaintiff for statutory damages under the Federal Debt Collection Practices Act?  Note that any amount awarded may not exceed $1,000.

$_____

Please proceed to Question 57.

57.   Answer Question 57 only if you answered "Yes" to Question 2 **and** (1) answered "Yes" to at least one question from Question 11 to Question 18 **or** (2) answered "Yes" to Question 51, **or both**.  Otherwise, do not answer Question 57 and instead proceed to Question 58.

What amount, if any, do you award to Plaintiff for actual damages caused by

10

Defendant Rob Kolkman?  Note that any amount you find to have been incurred as damages as the result of any conduct of Defendant Rob Kolkman may not be awarded against any other Defendant.

$_____

Please proceed to Question 58.

58. Answer Question 58 only if you answered "Yes" to Question 4 **and** (1) answered "Yes" to at least one question from Question 19 to Question 26 **or** (2) answered "Yes" to Question 52, **or both**.  Otherwise, do not answer Question 58 and instead proceed to Question 59.

What amount, if any, do you award to Plaintiff for actual damages caused by Defendant Constable Kolkman LLC?  Note that any amount that you find to have been incurred as the result of any conduct of Defendant Constable Kolkman LLC may not be awarded against any other Defendant.

$ _____

Please proceed to Question 59.

59. Answer Question 59 only if you answered "Yes" to Question 6 **and** (1) answered "Yes" to at least one question from Question 27 to Question 34 **or** (2) answered "Yes" to Question 53, **or both**.  Otherwise, do not answer Question 58 and instead proceed to Question 60.

What amount, if any, do you award to Plaintiff for actual damages caused by Defendant Michael Erickson?  Note that any amount that you find to have been incurred as the result of any conduct of Defendant Michael Erickson may not be awarded against any other Defendant.

$ _____

Please proceed to Question 60.

60. Answer Question 60 only if you answered "Yes" to Question 8 **and** (1) answered "Yes" to at least one question from Question 35 to Question 42 **or** (2) answered "Yes" to Question 54, **or both**.  Otherwise, do not answer Question 60 and instead proceed to Question 61.

What amount, if any, do you award to Plaintiff for actual damages caused by Defendant Utah County Constable's Office?  Note that any amount that you find to have been incurred as the result of any conduct of Defendant Utah County Constable's Office may not be awarded against any other Defendant.

11

$ _____

Please proceed to Question 61.

61. Answer Question 61 only if you answered "Yes" to Question 10 **and** (1) answered "Yes" to at least one question from Question 43 to Question 50 **or** (2) answered "Yes" to Question 55, or **both**. Otherwise, do not answer Question 61 and instead proceed to Question 62.

What amount, if any, do you award to Plaintiff for actual damages caused by Defendant Office of the Utah County Constable? Note that any amount that you find to have been incurred as the result of any conduct of Defendant Office of the Utah County Constable may not awarded against any other Defendant.

$ _____

Please proceed to Question 62.

62. Answer Question 62 only if you answered Question 57 with an amount greater that zero. If you did not answer Question 57 or you answered Question 57 with an amount of zero, then do not answer Question 62 and instead proceed to Question 64.

Does clear and convincing show that Defendant Rob Kolkman acted willfully, maliciously, or intentionally fraudulently, or showed a knowing and reckless disregard for the rights of others, in dealing with Plaintiff?

_____ Yes          _____ No

If you answered "Yes" to Question 62, then proceed to Question 63. If you answered "No" to Question 62, then proceed to Question 64.

63. Answer Question 63 only if you answered "Yes" to Question 62. Otherwise, proceed to Question 64.

What amount, if any, do you award to Plaintiff as punitive damages for the conduct of Defendant Rob Kolkman?

$_____

Please proceed to Question 64.

64. Answer Question 64 only if you answered Question 58 with an amount greater than zero. If you did not answer Question 58 or you answered Question 58 with an amount of zero, then do not answer Question 64 and instead proceed to Question 65.

12

Does clear and convincing evidence show that Defendant Constable Kolkman LLC acted willfully, maliciously, or intentionally fraudulently, or showed a knowing and reckless disregard for the rights of others, in dealing with Plaintiff?

_____ Yes            _____ No

If you answered "Yes" to Question 64, then proceed to Question 65.  If you answered "No" to Question 64, then proceed to Question 66.

65. Answer Question 65 only if you answered "Yes" to Question 64.  If you answered "No" to Question 64, then proceed to Question 66.

What amount, if any, do you award to Plaintiff as punitive damages for the conduct of Defendant Constable Kolkman LLC?

$_____

Please proceed to Question 66.

66. Answer Question 66 only if you answered Question 59 with an amount greater than zero.  If you did not answer Question 59 or you answered Question 59 with an amount of zero, then do not answer Question 66 and instead proceed to Question 68.

Does clear and convincing evidence show that Defendant Michael Erickson acted willfully, maliciously, or intentionally fraudulently, or showed a knowing and reckless disregard for the rights of others, in dealing with Plaintiff?

_____ Yes            _____ No

If you answered "Yes" to Question 66, then proceed to Question 67.  If you answered "No" to Question 66, then proceed to Question 68.

67. Answer Question 67 only if you answered "Yes" to Question 66.  If you answered "No" to Question 66, then proceed to Question 68.

What amount, if any, do you award to Plaintiff as punitive damages for the conduct of Defendant Michael Erickson?

$_____

Please proceed to Question 68.

68. Answer Question 68 only if you answered Question 60 with an amount greater than zero.  If you did not answer Question 60 or you answered Question 60 with an amount of zero, then do not answer Question 68 and instead proceed to Question 70.

Does clear and convincing evidence show that Defendant Utah County Constable's Office acted willfully, maliciously, or intentionally fraudulently, or showed a knowing and reckless disregard for the rights of others, in dealing with Plaintiff?

_____ Yes             _____ No

If you answered "Yes" to Question 68, then proceed to Question 69.  If you answered "No" to Question 68, then proceed to Question 70.

69. Answer Question 69 only if you answered "Yes" to Question 68.  If you answered "No" to Question 68, then proceed to Question 70.

What amount, if any, do you award to Plaintiff as punitive damages for the conduct of Defendant Utah County Constable's Office?

$ _____

Please proceed to Question 70.

70. Answer Question 70 only if you answered Question 61 with an amount greater than zero.  If you did not answer Question 61 or you answered Question 61 with an amount of zero, then do not answer Question 70 and instead stop here, answer no further questions, and have the presiding juror sign and date this form.

Does clear and convincing evidence show that Defendant Office of the Utah County Constable acted willfully, maliciously, or intentionally fraudulently, or showed a knowing and reckless disregard for the rights of others, in dealing with Plaintiff?

_____ Yes             _____ No

If you answered "Yes" to Question 70, then proceed to Question 71.  If you answered "No" to Question 70, then stop here, answer no further questions, and have the presiding juror sign and date this form.

71. Answer Question 71 only if you answered "Yes" to Question 70.  Otherwise, stop here, answer no further questions, and have the presiding juror sign and date this form.

What amount, if any, do you award to Plaintiff as punitive damages for the conduct of Defendant Office of the Utah County Constable?

$ _____

Please stop here and have the presiding juror sign and date this form.

Signed: _____
                Presiding Juror


Dated: _____