David P. Gardner (10096)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. ERICKSON,<br><br>Defendant. | **DEFENDANT MICHAEL ERICKSON'S PROPOSED VERDICT FORM**<br><br>Case No. 2:23-cv-00420-TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

COMES NOW Defendant Michael W. Erickson, by and through his counsel of record, and submits the following Proposed Verdict Form.

DATED this 20th day of March, 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*

4923-1999-3497.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2026, I served the foregoing **DEFENDANT MICHAEL ERICKSON'S PROPOSED VERDICT FORM** on the following via email:

Eric Stephenson
STEPHENSON LAW FIRM
ericstephenson@utahjustice.com

*/s/ David P. Gardner*

4923-1999-3497.v1

VERDICT

We, the jury, answer the questions submitted to us as follows:

**Count 1, FDCPA**

1. Did the Defendant, Michael Erickson, attempt to collect a debt from Plaintiff, Charles Young?

   Yes _____          No _____

   If your answer to Question No. 1 is "Yes," please proceed to Question No. 2.  If your answer to Question No. 1 is "No," please proceed to Question No. 6.

2. Did the Defendant, Michael Erickson, violate the Fair Debt Collection Practices Act in attempting to collect a debt from Charles Young?

   Yes _____          No _____

   If your answer to Question No. 2 is "Yes," please proceed to Question No. 3.  If your answer to Question No. 2 is "No," please proceed to Question No. 6.

3. Was any violation of the Fair Debt Collection Practices Act a proximate cause of damages to Plaintiff, Charles Young?

   Yes _____          No _____

   If your answer to Question No. 3 is "Yes," please proceed to Question Nos. 4 and 5.  If your answer to Question No. 3 is "No," please proceed to Question No. 6.

4. What amount do you award to Plaintiff, Charles Young, for statutory damages against Defendant, Michael Erickson, under the FDCPA (not to exceed $1,000.00)?

   $_____

5. What amount do you award to Plaintiff, Charles Young, for actual damages against Defendant, Michael Erickson?

   $_____

4923-1999-3497.v1

6. Did the Defendant, Rob Kolkman, attempt to collect a debt from Plaintiff, Charles Young?

> Yes _____          No _____
>
> If your answer to Question No. 6 is "Yes," please proceed to Question No. 7.  If your answer to Question No. 6 is "No," please proceed to Question No. 11.

7. Did the Defendant, Rob Kolkman, violate the Fair Debt Collection Practices Act in attempting to collect a debt from Charles Young?

> Yes _____          No _____
>
> If your answer to Question No. 7 is "Yes," please proceed to Question No. 8.  If your answer to Question No. 7 is "No," please proceed to Question No. 11.

8. Was any violation of the Fair Debt Collection Practices Act a proximate cause of damages to Plaintiff, Charles Young?

> Yes _____          No _____
>
> If your answer to Question No. 8 is "Yes," please proceed to Question Nos. 9 and 10.  If your answer to Question No. 8 is "No," please proceed to Question No. 11.

9. What amount do you award to Plaintiff, Charles Young, for statutory damages against Defendant, Rob Kolkman, under the FDCPA (not to exceed $1,000.00)?

> $_____

10. What amount do you award to Plaintiff, Charles Young, for actual damages against Defendant, Rob Kolkman?

> $_____

4923-1999-3497.v1

**Count 2, Fraud**

11. Did the Defendant, Michael Erickson, make any intentional misrepresentations of important facts that Plaintiff, Charles Young, relied on?

   Yes _____         No _____

12. Did the Defendant, Michael Erickson, intentionally hide important information from the Plaintiff, Charles Young, while trying to collect the debt?

   Yes _____         No _____

   If your answers to Question Nos. 11 or 12 is "Yes," please proceed to Question No. 13.  If your answers to Question Nos. 11 and 12 is "No," please proceed to Question No. 14.

13. What amount do you award to Plaintiff, Charles Young, for actual damages proximately caused by fraud against Defendant, Michael Erickson?

   $_____

14. Did the Defendant, Rob Kolkman, make any intentional misrepresentations of important facts that Plaintiff, Charles Young, relied on?

   Yes _____         No _____

15. Did the Defendant, Rob Kolkman, intentionally hide important information from the Plaintiff, Charles Young, while trying to collect the debt?

   Yes _____         No _____

   If your answers to Question Nos. 14 or 15 is "Yes," please proceed to Question No. 16.  If your answers to Question Nos. 14 and 15 is "No," please proceed to sign the Verdict.

16. What amount do you award to Plaintiff, Charles Young, for actual damages proximately caused by fraud against Defendant, Rob Kolkman?

   $_____

Date: _____         Presiding Juror: _____

4923-1999-3497.v1