Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>Defendants. | **OBJECTIONS TO THE ERICKSON DEFENDANTS' PROPOSED JURY INSTRUCTIONS**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff respectfully objects to the Erickson Defendant's proposed jury instructions.

ARGUMENT

Defendant Erickson's proposed instructions are incomplete and should be superseded by Plaintiff's proposed instructions. Plaintiff does not object to Erickson's stock instructions Nos. 1 through 24, which are standard instructions of this Court and are uncontested.

The remainder of Erickson's submission, however, is incomplete. It omits the entire substantive FDCPA framework—there is no instruction on strict liability, no instruction on the least sophisticated consumer standard, and no instruction on any of the specific statutory provisions at issue under 15 U.S.C. §§ 1692d, 1692e, 1692f, or 1692g. Without those instructions, the jury cannot properly evaluate Plaintiff's FDCPA claims under the governing law.

1

The Erickson Defendants also omitted the Utah debt collection registration instructions, the established facts instruction reflecting this Court's prior rulings, and any punitive damages instructions.

What Erickson submitted is a partial charge—useful in part, but not sufficient to guide the jury through the full scope of this case. Plaintiff's Instructions 25 through 59 supply what is missing, and they are grounded in the statute, controlling authority, and this Court's prior rulings. They are also properly formatted and ready for immediate use. The Court should adopt Plaintiff's proposed instructions in place of Erickson's incomplete submission.

DATED 4/13/2026                          /s/ Eric Stephenson
                                         *Attorney for the Plaintiff*

— 3 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2026 I served the foregoing OBJECTIONS TO THE ERICKSON DEFENDANTS' PROPOSED JURY INSTRUCTIONS to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*