Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>    Defendants. | **PLAINTIFF'S REQUESTED VOIR DIRE**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff requests the following voir dire questions to be submitted to the jury in writing in accordance with this Court's Pretrial Order.

1. People sometimes have different reactions to individuals who hold government positions. **Which best describes your general approach?**

☐    I tend to place more trust in individuals who hold government positions.

☐    I try to evaluate everyone's conduct the same, regardless of their position.

☐    It depends on the situation.

2. In some cases, the law allows recovery for emotional harm—like stress, anxiety, or fear—even without bills or receipts to show it. **How do you feel about evaluating that kind of harm?**

☐    I am comfortable evaluating damages and assigning a value to that type of harm based on the evidence.

☐    I could do it, but it might be somewhat difficult for me.

☐    I would have significant difficulty evaluating or assigning a value to that type of harm.

1

3.  People come into court with different ideas about what makes a damages award reasonable. **Which best describes your view?**

☐    The amount should depend on the evidence and the law as instructed by the judge.

☐    There should be general limits on damages regardless of the situation.

☐    I'm not sure / I haven't thought about this before.

4.  If you found that someone used misleading or improper methods to pressure another person into paying money, **which best reflects your view of what a damages award may include?**

☐    Reimbursement of what was paid and nothing more.

☐    Reimbursement and compensation for any harm caused.

☐    Reimbursement, compensation for harm, and an additional amount to hold the conduct accountable and discourage it from happening again.

5.  People have different views about civil lawsuits. **Which best describes yours?**

☐    There are too many civil lawsuits filed today.
☐    Civil lawsuits serve an important role in holding people accountable.
☐    It depends on the case.

6.  In your view, **how important is it that a person or company collecting money uses proper methods,** regardless of whether the money is owed?

☐    The methods used to collect are very important.
☐    The methods matter somewhat.
☐    The methods are not especially important.

DATED 4/13/2026                    /s/ Eric Stephenson
                                          *Attorney for the Plaintiff*

— 3 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2026 I served the foregoing PLAINTIFF'S REQUESTED VOIR DIRE to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*