UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, MICHAEL ERICKSON, and JOHN DOES 1-5,<br><br>    Defendants. | **EXHIBIT 1**<br><br>**ESTABLISHED FACTS**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

You must accept the following facts as true.

The Defendants in this case—Michael Erickson, Rob Kolkman, and Constable Kolkman LLC—are debt collectors under the Fair Debt Collection Practices Act. None of them were registered as debt collectors with the State of Utah at the time they communicated with the Plaintiff.

The debt at the center of this case arises from medical care the Plaintiff received after being injured at work. Because the debt was for medical treatment, it was incurred for personal, family, or household purposes. Under Utah law, the Plaintiff was not responsible for payment of those medical expenses because they arose out of a work-related injury. Responsibility for those expenses falls on the employer and its workers' compensation insurance carrier.

Over the years, the Defendants collected well over $3,500,000 from debtors in lieu of holding public auctions of their personal property.

DATED _____        BY THE COURT:


_____
Ted Stewart
*United States District Judge*