Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br>    Plaintiff,<br>vs.<br>ROB KOLKMAN, *et al*.<br>    Defendants. | **NOTICE OF ERRATA**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff hereby submits this Notice of Errata to correct a clerical error in the following motions:

1. Motion in Limine (Altruism), filed April 13, 2026 (ECF No. 119).

2. Motion in Limine (Collection Authorization), filed April 13, 2026 (ECF No. 120).

3. Motion in Limine (Bona Fide Error Defense), filed April 13, 2026 (ECF No. 121).

4. Motion in Limine (Criminal History), filed April 13, 2026 (ECF No. 122).

5. Motion in Limine (Extension of Constable Status), filed April 13, 2026 (ECF No. 124).

6. Motion in Limine (Mistake of Law), filed April 13, 2026 (ECF No. 125).

The signature blocks and certificates of service for these motions incorrectly stated the date of filing and service as January 13, 2026. The correct date of filing and service for each of these documents was April 13, 2026. No other changes are made to these motions.

DATED 4/13/2026                    /s/ Eric Stephenson
                                   *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2026 I served the foregoing NOTICE OF ERRATA  to Defendants' counsel of record through this court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*