UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>       Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN LLC, MICHAEL ERICKSON, and JOHN DOES 1-5,<br><br>       Defendants. | **NOTICE OF SERVICE OF PLAINTIFF'S DEPOSITION DESIGNATIONS**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Please take notice that Plaintiff served his Deposition Designations on counsel for the Defendants by email on April 13, 2026 in accordance with this Court's Trial Order.

DATED 4/13/2026                    /s/ Eric Stephenson
                                                  *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2026 I served the foregoing EXHIBIT 1 ESTABLISHED FACTS to Defendants' counsel of record through this court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*