Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON, <br><br> Defendants. | **MOTION IN LIMINE TO EXCLUDE CERTAIN OF PLAINTIFF'S FACT WITNESSES** <br><br> Civil No. 2:23-cv-00420-TS <br><br> District Judge: Ted Stewart <br><br> Magistrate Judge: Cecilia M. Romero |

Defendants Rob Kolkman, Constable Kolkman, LLC, and Michael W. Erickson (collectively "Defendants"), by and through counsel, hereby respectfully submits its Motion in Limine to Exclude Certain of Plaintiff's Fact Witnesses.

**RELIEF REQUESTED AND GROUNDS**

Pursuant to Rule 402, 403, 601, and 602 of the Federal Rules of Evidence and the arguments set forth herein, and in anticipation of the witness list that Defendants presume Plaintiff will provide in this case, Defendants respectfully ask that the Court exclude the

following proposed fact witnesses for Plaintiff: Jason Besendorfer; Elizabeth Hernandez; Tara Peretto; Heidi Cordero; Heather Cox; Olson Associates PLLC; Thomas Kendall; Lacey Cherrington; and any other proposed fact witness that is unrelated to the parties and claims in this case.[1]

## ARGUMENT

Kolkman Defendants, as constables, are accused by Plaintiff of identical breaches and causes of action, without differentiating between the co-defendants. As referenced in Defendant Michael W. Erickson's Motion for Limine to Exclude Certain of Plaintiff's Fact Witnesses [ECF No. 113], the Kolkman Defendants are similarly situated, and hereby join in and incorporate by reference, pursuant to DivR 7-1(a)(7) the legal arguments and authorities outlined in Defendant Michael W. Erickson's Motion for Limine to Exclude Certain of Plaintiff's Fact Witnesses [ECF No. 113], as if fully set forth herein.

Accordingly, Defendants respectfully request that the Court exclude the proposed fact witnesses identified herein, as well as any other proposed fact witness that is unrelated to the parties and claims in this case.

**DATED** this 13th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

---

[1] Upon the Court's request, Defendants can produce pages from Plaintiff's deposition testimony in which he admits that he does not even know these individuals.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing

**MOTION IN LIMINE TO EXCLUDE CERTAIN OF PLAINTIFF'S FACT WITNESSES**

was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which

will automatically send notification of such filing to all counsel who have entered an appearance

in this action.

<em>/s/ Serita Gomez</em>