Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON, <br><br> Defendants. | **MOTION IN LIMINE TO EXCLUDE EVIDENCE UNRELATED TO PLAINTIFF** <br><br> Civil No. 2:23-cv-00420-TS <br><br> District Judge: Ted Stewart <br><br> Magistrate Judge: Cecilia M. Romero |

Defendants Rob Kolkman, Constable Kolkman, LLC, and Michael W. Erickson (collectively "Defendants"), by and through counsel, hereby respectfully submits its Motion in Limine to Exclude Evidence Unrelated to Plaintiff.

**RELIEF REQUESTED AND GROUNDS**

Based on the Court's October 15, 2024 Order on Plaintiff's previously filed Short Form Discovery Motion, as well as under both Rules 402 and 403 of the Federal Rules of Evidence, Defendants respectfully request that this Court exclude all evidence, including both proposed

exhibits and testimony, concerning any individual or information unrelated to Plaintiff in this matter. In his previously filed Short Form Discovery Motion, Plaintiff sought to compel Defendants to produce information (generally, but not limited to) concerning "other collections". *See* ECF No. 36. After briefing and argument, the Court succinctly ruled: "[I]nformation related to Defendants' collection practices as to parties not named in this suit is not relevant." *See* ECF No. 54 at 7-8.

## ARGUMENT

Kolkman Defendants, as constables, are accused by Plaintiff of identical breaches and causes of action, without differentiating between the co-defendants. As referenced in Defendant Michael W. Erickson's Motion for Limine to Exclude Evidence Unrelated To Plaintiff [ECF No. 111], the Kolkman Defendants are similarly situated, and hereby join in and incorporate by reference, pursuant to DivR 7-1(a)(7) the legal arguments and authorities outlined in Defendant Michael W. Erickson's Motion for Limine to Exclude Evidence Unrelated To Plaintiff [ECF No. 111], as if fully set forth herein.

**DATED** this 13th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing

**MOTION IN LIMINE TO EXCLUDE EVIDENCE UNRELATED TO PLAINTIFF** was

filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will

automatically send notification of such filing to all counsel who have entered an appearance in this

action.

/s/ Serita Gomez