Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON, <br><br> Defendants. | **MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE CONCERING PLAINTIFF' CLAIM FOR COMPENSATORY DAMAGES (GENERAL AND SPECIFIC)** <br><br> Civil No. 2:23-cv-00420-TS <br><br> District Judge: Ted Stewart <br><br> Magistrate Judge: Cecilia M. Romero |

Defendants Rob Kolkman, Constable Kolkman, LLC, and Michael W. Erickson (collectively "Defendants"), by and through counsel, hereby respectfully submits this Motion in Limine to Exclude Certain Evidence Concerning Plaintiff's Claim for Compensatory Damages (General and Specific).

**RELIEF REQUESTED AND GROUNDS**

Based on the facts and arguments set forth herein, Defendants respectfully request that the Court exclude evidence concerning Plaintiff's claim for compensatory damages (general and specific) in this case, as Plaintiff has not and cannot provide anything more than mere assertions of emotional distress and "personal injury" as a purported result of Defendants' conduct in this case.

## ARGUMENT

Kolkman Defendants, as constables, are accused by Plaintiff of identical breaches and causes of action, without differentiating between the co-defendants. As referenced in Defendant Michael W. Erickson's Motion for Limine to Exclude Certain Evidence Concerning Plaintiff's Claim for Compensatory Damages (General and Specific) [ECF No. 112], the Kolkman Defendants are similarly situated, and hereby join in and incorporate by reference, pursuant to DivR 7-1(a)(7) the legal arguments and authorities outlined in Defendant Michael W. Erickson's Motion for Limine to Exclude Certain Evidence Concerning Plaintiff's Claim for Compensatory Damages (General and Specific) [ECF No. 112], as if fully set forth herein.

**DATED** this 13th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing **MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S CLAIM FOR COMPENSATORY DAMAGES (GENERAL AND SPECIFIC)** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

<u>*/s/ Serita Gomez*</u>