Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON,<br><br>　　　　Defendants. | **MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERING PRE-WRIT OF EXECUTION EVENTS INCLUDING VALIDITY OF UNDERLYING DEBT**<br><br>Civil No. 2:23-cv-00420-TS<br><br>District Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants Rob Kolkman, Constable Kolkman, LLC, and Michael W. Erickson (collectively "Defendants"), by and through counsel, hereby respectfully submits this Motion in Limine to Exclude Evidence Concerning Pre-Writ of Execution Events Including Validity of Underlying Debt.

### RELIEF REQUESTED AND GROUNDS

Based on the facts and arguments set forth herein, including Rules 402 and 403 of the Federal Rules of Evidence, Defendants respectfully request that the Court exclude pre-writ of

execution events, including evidence on whether the underlying debt was valid to begin with. Specifically, the underlying Writ of Execution in this case was issued on July 29, 2022. Any event, including the debt itself and the circumstances surrounding the debt, have no bearing on Defendants' actions in this case and should be excluded.

**ARGUMENT**

Kolkman Defendants, as constables, are accused by Plaintiff of identical breaches and causes of action, without differentiating between the co-defendants. As referenced in Defendant Michael W. Erickson's Motion in Limine to Exclude Evidence Concerning Pre-Writ of Execution Events Including Validity of Underlying Debt [ECF No. 114], the Kolkman Defendants are similarly situated, and hereby join in and incorporate by reference, pursuant to DivR 7-1(a)(7) the legal arguments and authorities outlined in Defendant Michael W. Erickson's Motion in Limine to Exclude Evidence Concerning Pre-Writ of Execution Events Including Validity of Underlying Debt [ECF No. 114], as if fully set forth herein.

Accordingly, the Court should exclude pre-writ evidence and any evidence concerning the validity of the underlying debt.

**DATED** this 13th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Tyler Martin*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing **MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PRE-WRIT OF EXECUTION EVENTS INCLUDING VALIDITY OF UNDERLYING DEBT** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

/s/ Serita Gomez