Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>          Defendants. | **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S RESPONSE TO MOTION IN LIMINE RE: EXTENSION OF CONSTABLE STATUS**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants, Rob Kolkman and Constable Kolkman, LLC, hereby respond to Plaintiff's

Motion in Limine regarding an extension of state officer status to the Constable Kolkman LLC.

Plaintiff seeks to prevent Defendants from "arguing or implying" to the jury that the Constable

Kolkman LLC entity may be considered a state actor for purposes of FDCPA defenses.

1

On March 26, 2025, this Court issued its ruling denying Defendants' Motion for Summary Judgment and Plaintiff's Partial Motion for Summary Judgment.  This Court's ruling found 1) that "Defendant Constable Kolkman LLC was not a state officer," 2) that the individual Defendants "exceeded the scope of their authority and do not fall under the FDCPA's state officer exemption," and 3) that the bona fide error defense "does not apply as a matter of law."  To the extent that Plaintiff's Motion in Limine seeks to affirm this Court's prior ruling, Defendants do not oppose the motion here.[1]  Defendants, however, do **not** concede that the actions allegedly taken that by the Constable Kolkman LLC—setting up a payment plan[2], sending collections letters, and contacting Plaintiff over the phone—violate the FDCPA.

### CONCLUSION

For these reasons, Defendants do not oppose Plaintiff's Motion in Limine to the limited extent it seeks to enforce this Court's prior determination that Constable Kolkman LLC is not a state officer for purposes of the FDCPA exemption.  The motion, however, improperly extends beyond that ruling by attempting to foreclose Defendants from contesting liability under the FDCPA based on the nature of the conduct at issue.  The Court's prior order did not establish that the challenged actions—setting up a payment plan, sending collection letters, and communicating with Plaintiff—constitute violations of the FDCPA as a matter of law.  Defendants are therefore entitled to present evidence and argument regarding those actions and their compliance with the statute.

---

[1] Defendants have filed a Motion for Reconsideration to address this Court's rulings on Defendant's Motion for Summary Judgment.

[2] Defendants Constable Kolkman LLC and Rob Kolkman did not establish the payment plan.

Accordingly, Defendants respectfully request that the Court grant Plaintiff's Motion in Limine only insofar as it is consistent with its prior rulings and deny the motion to the extent it seeks to preclude Defendants from presenting their full defense at trial.

**DATED** this 15th day of April, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Charles W. Brown Jr.*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
Ryan Anderson
*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 15th day of April, 2026, a true and correct copy of the foregoing **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S RESPONSE TO MOTION IN LIMINE RE: EXTENSION OF CONSTABLE STATUS** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

<em>/s/ J. Tyler Martin</em>