Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| CHARLES YOUNG,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>        Defendants. | **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S RESPONSE TO MOTION IN LIMINE RE: STATE ACTORS**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants, Rob Kolkman and Constable Kolkman, LLC, hereby respond to Plaintiff's Motion in Limine regarding State Officers. In this motion, Plaintiff seeks to prevent Defendants from "arguing or implying" to the jury that their conduct fell within the lawful scope of a constable's authority.

1

On March 26, 2025, this Court issued its ruling denying Defendants' Motion for Summary Judgment and Plaintiff's Partial Motion for Summary Judgment. This Court's ruling found 1) that "Defendant Constable Kolkman LLC was not a state officer," 2) that the individual Defendants "exceeded the scope of their authority and do not fall under the FDCPA's state officer exemption," and 3) that the bona fide error defense "does not apply as a matter of law." To the extent that Plaintiff's Motion in Limine seeks to affirm this Court's prior ruling, Defendants do not oppose the motion here.[1] Defendants, however, do **not** concede that the actions allegedly taken that exceeded their governmental authority—setting up a payment plan[2], sending collections letters, and contacting Plaintiff over the phone—violate the FDCPA. Moreover, Defendants cannot be precluded from arguing that they acted under color of authority and were therefore still state officers at the time of the alleged acts, thereby shielding them from liability. *See* Utah Code § 63G-7-402; *see also Doe v. Nebo Sch. Dist.*, 733 F. Supp. 3d 1139, 1149 (D. Utah 2024).

### CONCLUSION

For these reasons, Defendants do not oppose Plaintiff's Motion in Limine to the limited extent it seeks to enforce this Court's prior rulings regarding the inapplicability of the state officer exemption and related defenses. The motion, however, goes too far in attempting to preclude Defendants from presenting relevant factual context concerning the nature of their roles, the authority under which they acted, and the circumstances surrounding the alleged conduct. Such evidence is directly relevant to the jury's evaluation of liability under the FDCPA and to whether Defendants' actions, even if ultimately found to exceed statutory authority, nonetheless occurred under color of authority. Accordingly, Defendants respectfully request that the Court grant

---

[2] Defendants Constable Kolkman LLC and Rob Kolkman did not establish the payment plan.

Plaintiff's Motion in Limine only insofar as it is consistent with its prior rulings and deny the

motion to the extent it seeks to improperly restrict Defendants' ability to present their full defense

at trial.

     **DATED** this 15th day of April, 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Charles W. Brown Jr.*
Charles W. Brown Jr.
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
Ryan Anderson
*Attorneys for Defendants Rob
Kolkman and Constable Kolkman
LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2026, a true and correct copy of the foregoing **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S RESPONSE TO MOTION IN LIMINE RE: STATE ACTORS** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ J. Tyler Martin*