AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

CHARLES YOUNG

V.

MICHAEL W. ERICKSON, *et al.*

**DEFENDANTS' JOINT EXHIBIT LIST**

Case Number:  2:23cv00420 TS

| PRESIDING JUDGE Judge Ted Stewart | PLAINTIFF'S ATTORNEY Eric Stephenson | DEFENDANT'S ATTORNEYS David Gardner and Zach Lindley |
|---|---|---|
| TRIAL DATE (S) April 20, 2026 – April 24, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | Underlying Default Judgment Against Plaintiff, dated June 28, 2022 |
| | B | | | | Writ of Execution, dated July 29, 2022 |
| | C | | | | August 23, 2022 Letter from Defendant Erickson to Plaintiff |
| | D | | | | September 13, 2022 Letter of Notice of Proposed Sale for Sale Set on September 30, 2022 from Defendant Erickson to Plaintiff |
| | E | | | | Letter of Notice of Sale from Defendant Erickson to Plaintiff |
| | F | | | | October 25, 2022 Letter from Defendant Erickson to Plaintiff |
| | G | | | | November 29, 2022 Letter from Defendant Erickson to Plaintiff |
| | H | | | | December 28, 2022 Letter from Defendant Erickson to Plaintiff |
| | I | | | | Letter of Constable Change from Defendant Kolkman to Plaintiff |
| | J | | | | Letter from Defendant Kolkman to Plaintiff re Writ of Execution |
| | K | | | | February 27, 2023 Letter from Defendant Kolkman to Plaintiff |
| | L | | | | Payments Made by Plaintiff |
| | M | | | | Defendant Kolkman Account Notes for Plaintiff |
| | N | | | | Defendant Erickson Oath of Office as Constable |
| | O | | | | Defendant Kolkman Oath of Office as Constable |
| | P | | | | Mountain Land Collection Letters 04-15-21 -  09-10-21 - 11-10-21 |
| | Q | | | | Mountain Land Collection Letters for Utah Valley Emergency Physicians & Epic Emergency Physicians |
| | R | | | | Mountain Land Collections Summons, Complaint, Entry of Judgment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

4904-7242-2050.v2