AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

CHARLES YOUNG

**DEFENDANT ERICKSON'S WITNESS LIST**

V.

MICHAEL W. ERICKSON, et al.

Case Number:  2:23cv00420 TS

| PLF. NO. | DEF. NO. | DATE OFFERED | WILL CALL | MAY CALL | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| PRESIDING JUDGE Ted Stewart | | | PLAINTIFF'S ATTORNEY Eric Stephenson | | DEFENDANT'S ATTORNEYS David Gardner and Zach Lindley |
| TRIAL DATE (S) April 20, 2026 – April 24, 2026 | | | COURT REPORTER | | COURTROOM DEPUTY |
| | | | X | | MICHAEL ERICKSON (Defendant) |
| | | | X | | CHARLES YOUNG (Plaintiff) |
| | | | | X | ROB KOLKMAN (Defendant) |
| | | | | X | COREY REVILL (Non-Party Witness) |
| | | | | X | MOUNTAIN LAND COLLECTIONS (Non-Party Witness) |