David P. Gardner (10096)
Zachary C. Lindley (17261)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com
zlindley@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON,<br><br>    Defendants. | **DEFENDANT MICHAEL ERICKSON'S MOTION FOR RECONSIDERATION OF COURT'S MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 58]**<br><br>Case No. 2:23-cv-00420-TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Defendant Michael W. Erickson ("Mr. Erickson"), by and through his counsel of record, respectfully submits this Motion for Reconsideration pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and DUCivR 7-1(a)(8).

### RELIEF REQUESTED AND GROUNDS

Mr. Erickson respectfully requests the Court to reconsider its ruling in its Memorandum Decision and Order Denying Defendants' Motion for Summary Judgment and Denying Plaintiff's

Motion for Summary Judgment (ECF No. 58) ("MSJ Decision"). This Motion is based on Rule 54(b) of the Federal Rules of Civil Procedure, as well as DUCivR 7-1(a)(8).

## ARGUMENT

Pursuant to DUCivR 7-1(a)(8), Mr. Erickson hereby incorporates by reference the Motion for Reconsideration filed by Defendants Rob Kolkman and Constable Kolkman (ECF No. 168).

## CONCLUSION

Based on the arguments and authority set forth in the Motion for Reconsideration filed by Defendants Rob Kolkman and Constable Kolkman (ECF No. 168), Mr. Erickson respectfully requests the Court to reconsider its MSJ Decision.

DATED this 17th day of April 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
Zachary C. Lindley
*Attorneys for Defendant Michael W. Erickson*

2

4930-6873-5650.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2026, I caused to be served the foregoing **DEFENDANT MICHAEL ERICKSON'S MOTION FOR RECONSIDERATION OF COURT'S MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 58]** to counsel of record through the Court's electronic filing system.

/s/ Zachary C. Lindley
*Attorney for Defendant Erickson*

3

4930-6873-5650.v1