David P. Gardner (10096)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON,<br><br>    Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANTS' USB DRIVES**<br><br>Case No. 2:23-cv-00420-TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

I hereby certify that on this 17th day of April, 2026, I caused to be hand delivered two (2)

USB drives containing Defendants' Joint Exhibit List and the corresponding exhibits to the

following:

The Honorable Judge Stewart
United States District Court
District of Utah
351 South West Temple Street
Salt Lake City, Utah 84101

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
*Attorneys for Defendant Michael W. Erickson*