Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>ROB KOLKMAN *et al*.,<br><br>Defendants. | **OBJECTION TO JURY INSTRUCTIONS**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff respectfully objects to Court's proposed jury instructions as follows:

Plaintiff objects to Instruction No. 33 to the extent it may be understood to categorically exclude liability for statements characterized as opinions, predictions, or statements concerning future events. Whether a representation is actionable depends on its substance, context, and the speaker's knowledge and intent, not merely the label attached to it. This is especially true where the speaker possesses superior knowledge concerning the subject of the representation.

Accordingly, Plaintiff requests that Instruction No. 33 be supplemented with the following language:

*However, a statement expressed as an opinion, expectation, or future intention may be treated as a statement of fact if, under the circumstances, it conveys an assertion of present fact, implies facts*

1

*known by the speaker to be untrue, or is made without a present intent*

*to perform.*

In the alternative, Plaintiff requests the following shorter formulation:

*A statement may be treated as one of fact if it conveys an assertion of*

*present fact, implies facts known by the speaker to be untrue, or is*

*made without a present intent to perform.*

DATED 4/21/2026                    /s/ Eric Stephenson
                                   *Attorney for the Plaintiff*

— 3 —

CERTIFICATE OF SERVICE

I hereby certify that on 4/21/2026 I served the foregoing **OBJECTION TO JURY INSTRUCTIONS** to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*