Mark A. Nickel (14082)
Kyle C. Thompson (11424)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
(801) 204-9989
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

---

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>    Defendants. | **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S OBJECTIONS TO PROPOSED JURY INSTRUCTIONS**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants, Rob Kolkman and Constable Kolkman, LLC, by and through undersigned counsel, hereby submits, at this Court's direction, their Objections to the Proposed Jury Instructions.

**OBJECTIONS**

1

**GENERAL OBJECTION**

Defendants note that the jury is instructed that the Defendants are Constables and are Debt Collectors. These instructions include, as noted herein, what rules and regulations apply to debt collectors, but no instructions regarding their obligations as Constables, which impose similar and at times contradictory obligations. These obligations have been provided to the court in the defendant's own Proposed Jury Instruction *See* ECF 91, and the jury should be informed of the obligations and requirements imposed on Constables.

**INSTRUCTIONS 24-26:** Jury instructions 24-26 are unnecessary as they are duplicative of

**INSTRUCTION 22:** Defendants object as the claim of fraud is not associated with the allegation that the Constables were operating an unregistered entity with the state. Defendants have testified and no testimony has indicated otherwise that the Defendants did not believe they were debt collectors. Having no foreknowledge, and no facts to the contrary, any instruction that they were unregistered does not give rise a claim of fraud as no intent can be found.

**INSTRUCTION NO. 40**: Defendants  object to the following language in Jury Instruction No. 40: "The alleged debt in this case arises from medical care Plaintiff received because of being injured at work. It was therefore for personal, family, or household purposes." In its Order on the parties' Motions in Limine, the Court "exclude[d] the evidence of the underlying validity and the amount of the debt for purposes of FDCPA liability." See ECF No. 174 at 10. As the Court pointed out, Plaintiff is "not complaining about, seeking to overturn, or otherwise trying to have this Court alter the state court's judgment." Id. at 10. There is also no dispute that there was a valid Writ of Execution and that a valid default judgment was entered against Plaintiff for failing to respond to the underlying Complaint brought by Mountain Land.

**INSTRUCTION NO. 47**: Defendants object to the Jury Instructions Nos. 47-48, as no evidence has been admitted which would subject Defendants to punitive damages—certainly no evidence concerning "willful and malicious," or "intentionally fraudulent," or "reckless indifferen[t]" conduct.

**CONCLUSION**

**DATED** this 21st day of April, 2026.

> **GORDON REES SCULLY MANSUKHANI, LLP**
>
> */s/ J. Tyler Martin*
> Mark A. Nickel
> Kyle C. Thompson
> J. Tyler Martin
> Charles W. Brown Jr.
>
> *Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2026, a true and correct copy of the foregoing **DEFENDANTS ROB KOLKMAN AND CONSTABLE KOLKMAN LLC'S MOTION FOR RECONSIDERATION** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ J. Tyler Martin*