AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF UTAH

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

APR 22 2026

GARY ~~ CLERK OF COURT

DEPUTY CLERK

## EXHIBIT AND WITNESS LIST

CHARLES YOUNG

v.

MICHAEL ERICKSON et al

Case Number:  2:23cv420 TS

| PRESIDING JUDGE Ted Stewart | | | | | PLAINTIFF'S ATTORNEY Eric Stephenson | DEFENDANT'S ATTORNEY David Gardner, Zachary Lindley, Charles Brown, Tyler Martin |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 4/20/2026 - 4/22/2026 | | | | | COURT REPORTER Ed Young / Michelle Mallonee | COURTROOM DEPUTY Ryan Robertson |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| * | | 4/20/2026 | | | **WITNESS #1 - CHARLES YOUNG** | |
| 9 | | " | X | X | Young 1st Letter - 8/23/2022 (TOC) | |
| 10 | | " | X | X | Young 2nd Letter - 9/13/2022 (NOS) | |
| 11 | | " | X | X | Young 3rd Letter - 9/23/2022 | |
| 12 | | " | X | X | Young 4th Letter - 10/25/2022 | |
| 13 | | " | X | X | Young 5th Letter - 11/29/2022 | |
| 14 | | " | X | X | Young 6th Letter - 12/28/2022 | |
| 15 | | " | X | X | Young 7th Letter - 2/27/2023 | |
| 16 | | " | X | X | Young 8th Letter - 2/27/2023 | |
| 18 | | 4/21/2026 | X | X | Payment Receipts | |
| 17 | | " | X | X | Young 9th Letter (TOC) | |
| 3 | | " | X | X | Summons Return | |
| * | | " | | | **WITNESS #2 – QUINN KOFFORD** | |
| 7 | | " | X | X | Application for Writ of Execution | |
| 8 | | " | X | X | Writ of Execution | |
| * | | " | | | **WITNESS #3 – COREY REVILL** | |
| 21 | | " | X | X | Constable Collection Notes | |
| * | | 4/22/2026 | | | **WITNESS #4 – ANDREA CROFT** | |
| * | | " | | | **WITNESS #5 – MICHAEL W. ERICKSON** | |
| | | " | | | | |
| * | | " | | | **WITNESS #6 – ROB KOLKMAN** | |
| | | " | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages