IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

APR 2 2 2026

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON,<br><br>Defendants. | **JURY VERDICT**<br><br>Case No. 2:23-cv-00420-TS-CMR<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

We, the jury, answer the questions submitted to us as follows:

1. Did Defendant Michael Erickson violate the Fair Debt Collection Practices Act in attempting to collect a debt from Charles Young?

    Yes__X____        No_____

    *If "Yes," answer question 4, if "No," disregard question 4.*

2. Did Kolkman Defendants violate the Fair Debt Collection Practices Act in attempting to collect a debt from Charles Young?

    Yes__X____        No_____

    *If "Yes," answer question 5, if "No," disregard question 5.*

3. What amount of statutory damages, if any, do you award Plaintiff against Defendant(s) (not to exceed $1,000)?

    *Only answer question 3 if you answer "Yes" to either question 1 or 2.*

    $ 1000.00

4.  What amount of actual damages, if any, do you award Plaintiff against Defendant Michael Erickson?

$ *1500*⁰⁰ _____

5.  What amount of actual damages, if any, do you award Plaintiff against Kolkman Defendants?

$ *1500*⁰⁰ _____

*After you have answered the applicable questions above, have the jury foreperson sign and date*

*this verdict form, and notify the court security officer.*

DATED this **22ⁿᵈ** day of April, 2026.

_____
Foreperson