AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| v. | ) ) ) ) ) | Case No.: |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                        *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏   Electronic service          ❏   First class mail, postage prepaid

❏   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                    Date: _____
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Subject:** Pay.gov Payment Confirmation: UTAH DISTRICT COURT
**From:** do_not_reply@psc.uscourts.gov
**Date:** 6/28/2023, 1:28 PM
**To:** office@utahjustice.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Intake Office at 801-524-6100.

    Account Number: 4310565
    Court: UTAH DISTRICT COURT
    Amount: $402.00
    Tracking Id: AUTDC-4728477
    ACH Account Number: ************0686
    Date/Time: 06/28/2023 03:28:05 ET


NOTE: This is an automated message. Please do not reply

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2026001871
4/13/2026

ERIC STEPHENSON
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4b #254
ST. GEORGE, UT 84790

**Case Number:  2:23-CV-00420-TS**

Plaintiff:
**Charles Young**

Defendant:
**Rob Kolkman, et al.**

Received: 4/13/2026    Served: 4/13/2026 11:04 am  INDIVIDUAL
To be served on: ANDREA CROFT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SECOND PAPER | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$25.00** |

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2026001872
4/13/2026

ERIC STEPHENSON
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4b #254
ST. GEORGE, UT 84790

**Case Number:  2:23-CV-00420-TS**

Plaintiff:
**Charles Young**

Defendant:
**Rob Kolkman, et al.**

Received: 4/13/2026    Served: 4/13/2026 11:04 am  INDIVIDUAL
To be served on: Cory Revill

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH | 1.00 | 120.00 | 120.00 |
| TOTAL CHARGED: | | | $120.00 |

**BALANCE DUE:**                                                                                      **$120.00**

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2026001719
4/8/2026

ERIC STEPHENSON
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4b #254
ST. GEORGE, UT 84790

**Case Number:  2:23-CV-00420-TS**

Plaintiff:
**Charles Young**

Defendant:
**Rob Kolkman, et al.**

Received: 4/2/2026    Served: 4/7/2026 1:54 pm  INDIVIDUAL
To be served on: Quinn Kofford @ Law Offices of Quinn M. Kofford

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE | 1.00 | 195.00 | 195.00 |
| TOTAL CHARGED: | | | $195.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$195.00** |

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.



228 W St George Blvd
Suite 100
St. George, UT 84770
(435) 656-5220

# ESTIMATE
## SGE-547293

Get Noticed. Get Business.
us491.alphagraphics.com

Payment Terms: Cash Customer

**Created Date:** 4/16/2026

| **DESCRIPTION:** Foam Core Print |
|---|

**Bill To:** Stephenson Law Firm
TBD
St. George, UT
US

**Pickup At:** AlphaGraphics St. George
228 W St George Blvd
Suite 100
St. George, UT 84770
US

**Requested By:** Eric Stephenson
Email: ericstephenson@utahjustice.com
Work Phone: (801) 386-5200

Entered By: Jeremy Wind

| NO. | Product Summary | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 24x36 Foam Core Print 4/0 | 1 | $65.12 | $65.12 |

| | |
|---|---|
| **Subtotal:** | $65.12 |
| **Taxes:** | $4.40 |
| **Grand Total:** | $69.52 |
| *Credit Card Surcharge:* | *3.00%* |
| *Total with Surcharge:* | *$71.61* |

This Estimate is based upon information provided and our understanding of that information. It is subject to inspection of the provided artwork. We reserve the option to change the Estimate as needed. This Estimate is valid for 30 days. Beyond that we will reserve the right to re-quote due to change in material costs.

To provide you with the best service possible, we offer several payment options including:

Debit card
ACH/direct bank transfer
Credit card (includes a 3% processing fee)
Cash

PRINT NAME: _____

Thank you for the opportunity to provide you this Proposal.



228 W St George Blvd
Suite 100
St. George, UT 84770
(435) 656-5220

Get Noticed. Get Business.
us491.alphagraphics.com

# ESTIMATE
## SGE-547598

Payment Terms: Cash Customer

**Created Date:** 4/17/2026

| **DESCRIPTION:** Spiral Bound Books |
|---|

| **Bill To:** | Walk-in - St George US491 | **Pickup At:** | AlphaGraphics St. George |
|---|---|---|---|
| | 228 W St George Blvd | | 228 W St George Blvd |
| | Suite 100 | | Suite 100 |
| | St. George, UT 84770 | | St. George, UT 84770 |
| | US | | US |

**Requested By:** Eric Stephenson        Entered By: Jeremy Wind
    Email: ericstephenson@utahjustice.com
  Work Phone: (801) 660-0326

| NO. | Product Summary | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 8.5x11 Coil Bound Book 1 1/1 | 2 | $13.235 | $26.47 |
| 2 | 8.5x11 Coil Bound Book 2 1/1 | 2 | $34.425 | $68.85 |
| 3 | 8.5x11 Coil Bound Book 3 1/1 | 2 | $27.03 | $54.06 |
| 4 | 8.5x11 Coil Bound Book 4 1/1 | 2 | $19.15 | $38.30 |
| 5 | 8.5x11 Coil Bound Book 5 1/1 | 2 | $18.68 | $37.36 |
| 6 | 8.5x11 Coil Bound Book 6 1/1 | 2 | $19.62 | $39.24 |

| | |
|---|---|
| **Subtotal:** | $264.28 |
| **Taxes:** | $17.84 |
| **Grand Total:** | $282.12 |
| *Credit Card Surcharge:* | *3.00%* |
| *Total with Surcharge:* | *$290.58* |

This Estimate is based upon information provided and our understanding of that information. It is subject to inspection of the provided artwork. We reserve the option to change the Estimate as needed. This Estimate is valid for 30 days. Beyond that we will reserve the right to re-quote due to change in material costs.

To provide you with the best service possible, we offer several payment options including:

Debit card
ACH/direct bank transfer
Credit card (includes a 3% processing fee)
Cash

PRINT NAME: _____

Thank you for the opportunity to provide you this Proposal.

**JD Legal Support**

PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



Eric Stephenson, Esq.
Stephenson Law Firm
250 North Redcliffs Drive, 4B #254
St. George, UT 84790

## *Invoice #13215*

| Date | Terms |
|---|---|
| 05/05/2024 | Net 30 |

**Job #9255 on 04/23/2024**

**Case:** Young v. Mountain Land Collections

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of Quinn Kofford** | | |
| Original Transcript & One Copy (106 Pages) | 1.00 | $ 434.60 |
| 1/2 day Appearance Fee | 1.00 | $ 100.00 |
| ETranscript | 1.00 | $ 35.00 |
| Delivery | 1.00 | $ 40.00 |
| Read and Sign Mini | 1.00 | $ 30.00 |
| Exhibit - B/W (49 Pages) | 1.00 | $ 22.05 |
| Exhibits - Color (3 Pages) | 1.00 | $ 2.70 |
| | | $ 664.35 |

| | |
|---|---|
| Amount Due: | $ 664.35 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 664.35** |
| **Payment Due:** | **06/04/2024** |

**If paid after 06/04/2024 pay:**       **$ 684.28**

**Tax ID: 82-1113681**

**Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.
Any invoice still due after 30 days may be charged a monthly 3.0% fee.  Should you have any questions, please call (801) 937-9620.
PAYMENT IS NOT CONTINGENT ON YOUR CLIENT'S PAYMENT**

**JD Legal Support**

PO Box 321
Lehi, UT 84043
Phone: 801-937-9620



Eric Stephenson, Esq.
Stephenson Law Firm
250 North Redcliffs Drive, 4B #254
St. George, UT 84790

## *Invoice #13145*

| Date | Terms |
|---|---|
| 04/09/2024 | Net 30 |

| Job #9210 on 03/25/2024 |
|---|

**Case:** Young v. Mountain Land Collections

| Description | Amount |
|---|---|
| **Copy Transcript of Charles Young** | |
| Copy of Transcript | $ 547.40 |
| ETranscript | $ 35.00 |
| Exhibit - B/W | $ 111.65 |
| | $ 694.05 |

| | |
|---|---|
| Amount Due: | $ 694.05 |
| Paid: | $ 0.00 |

| Balance Due: | $ 694.05 |
|---|---|
| Payment Due: | 05/09/2024 |

If paid after 05/09/2024 pay:　　　$ 714.87

**Tax ID: 82-1113681**

**Thank you for your business.  We accept Visa, Master Card and American Express.  All invoices are due net 30.**
**Any invoice still due after 30 days may be charged a monthly 3.0% fee.  Should you have any questions, please call (801) 937-9620.**
**PAYMENT IS NOT CONTINGENT ON YOUR CLIENT'S PAYMENT**