Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL ERICKSON, *et al.*,<br><br>        Defendants. | **MEMORANDUM IN SUPPORT OF TAXATION OF COSTS**<br><br>Case Number: 2:23-cv-00420<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Plaintiff respectfully requests an award of his taxable costs pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. § 1920, and Rule 54 of the Federal Rules of Civil Procedure.

Plaintiff Charles Young prevailed at trial. A federal jury found all three Defendants liable under the Fair Debt Collection Practices Act. Plaintiff is the prevailing party and is entitled to costs as a matter of course.[1] Rule 54(d)(1) creates a presumption in favor of awarding costs to the prevailing party.[2] The burden shifts to the losing party to overcome that presumption.[3] Defendants cannot meet that burden here.

Plaintiff incurred the following taxable costs in prosecuting this case to successful completion.

---

[1] Fed. R. Civ. P. 54(d)(1); 28 U.S.C. § 1920; 15 U.S.C. § 1692k(a)(3)
[2] *Marx v. Gen. Revenue Corp.*, 568 U.S. 371, 377 (2013)
[3] *Cantrell v. Int'l Bhd. of Elec. Workers*, 69 F.3d 456, 459 (10th Cir. 1995)

*Filing Fee — $402.00.* Plaintiff paid a $402.00 filing fee to initiate this action on June 28, 2023. Filing fees are expressly recoverable under 28 U.S.C. § 1920(1). The Pay.gov payment confirmation is attached.

*Deposition Transcripts — $1,358.40.* Plaintiff participated in the depositions of two witnesses whose testimony was necessarily used in this case: Plaintiff Charles Young and Defendant Mountain Land Collections. The transcript of Mr. Young's deposition cost $694.05. The transcript of Mountain Land Collections' Rule 30(b)(6) deposition cost $664.35. Both transcripts were used in connection with summary judgment briefing and trial preparation and both witnesses testified at trial. Transcripts necessarily obtained for use in the case are recoverable costs. Both invoices from JD Legal Support are attached.

*Service of Process — $340.00.* Plaintiff incurred service fees through Anderson Attorney Services to serve trial subpoenas on three witnesses: Quinn Kofford for Mountain Land Collections ($195.00), Cory Revill ($120.00 rush service), and Andrea Croft ($25.00 second paper). Service of process fees are recoverable. Each invoice for these services is attached.

*Trial Exhibits and Trial Preparation Materials — $351.64.* Plaintiff printed trial exhibits, witness binders, and deposition transcripts for use at trial pursuant to this Court's Trial Order at a cost of $282.12. He also had a 24x36 foam core exhibit board made at the cost of $69.52. These materials were necessarily obtained for use at trial and are recoverable. Both AlphaGraphics invoices are attached.

*Witness and Mileage  Fees — $231.06.* As of the filing of this Memorandum, it is unclear whether Plaintiff's process server paid these amounts to three fact witnesses: Quinn Kofford of Mountain Land Collections, Cory

Revill, and Andrea Croft. At trial, counsel for the Defendants represented these amounts were not paid. Nonetheless, whether they have already been paid or not is irrelevant. Plaintiff will pay these expenses if they have not already been paid. He is therefore entitled to reimbursement for these amounts.

Plaintiff therefore respectfully requests that the Clerk tax each of these costs in the amount of $2,683.10 against Defendants jointly and severally pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. § 1920, and Rule 54 of the Federal Rules of Civil Procedure.

DATED 5/4/2026

Eric Stephenson
*Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 5/4/2026 I served the foregoing MEMORANDUM IN SUPPORT OF TAXATION OF COSTS to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*