## Young v. Michael Erickson et al.
### 2:23-cv-00420

| Date | Task | Hours | Rate | Total |
|---|---|---|---|---|
| 3/17/2023 | Outlined Complaint. Reviewed documents from client. Strategized what claims to include or exclude. | 1.20 | $450.00 | $540.00 |
| 3/17/2023 | Reviewed documents from the client. Searched online to see what sales, if any, the constables have held in last two years. | 0.50 | $125.00 | $62.50 |
| 3/17/2023 | Drafted Complaint fact section. | 0.50 | $450.00 | $225.00 |
| 3/20/2023 | Drafted Complaint facts and legal claims. | 0.70 | $450.00 | $315.00 |
| 3/21/2023 | Drafted Complaint. | 1.20 | $450.00 | $540.00 |
| 3/22/2023 | Email to Quinn Kofford | 0.10 | $450.00 | $45.00 |
| 3/23/2023 | Phone call with Quinn Kofford. Email to client. | 0.30 | $450.00 | $135.00 |
| 3/27/2023 | Reviewed emails from client. | 0.20 | $450.00 | $90.00 |
| 3/28/2023 | Reviewed additional documents from the client. | 0.20 | $450.00 | $90.00 |
| 3/29/2023 | Drafted Complaint after reviewing additional documents from the Plaintiff. | 2.00 | $450.00 | $900.00 |
| 3/29/2023 | Email to outside counsel in New York about case and the various issues it raises. | 0.10 | $450.00 | $45.00 |
| 3/29/2023 | Drafted Complaint. | 0.50 | $450.00 | $225.00 |
| 4/19/2023 | Reviewed case materials. Drafted Complaint. | 2.30 | $450.00 | $1,035.00 |
| 4/21/2023 | Email from Quinn Kofford on potential settlement. | 0.10 | $450.00 | $45.00 |
| 4/26/2023 | Follow-up email from Quinn Kofford on settlement discussions. | 0.10 | $450.00 | $45.00 |
| 5/10/2023 | Researched issues. Drafted Notice of Claim. | 0.40 | $450.00 | $180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/11/2023 | Continued drafting Notice of claim. Called POST to verify whether they wanted a copy of the notice. | 1.50 | $450.00 | $675.00 |
| 5/11/2023 | Drafted Complaint. | 0.40 | $450.00 | $180.00 |
| 5/13/2023 | Phone call with outside counsel in New York about Notice of Claim, Section 1983 issues, and other similar issues. | 0.50 | $450.00 | $225.00 |
| 5/15/2023 | Finalized and served Notice of Claim by email. Also mailed a copy. | 0.90 | $450.00 | $405.00 |
| 5/23/2023 | Email to outside counsel in Connecticut. | 0.10 | $450.00 | $45.00 |
| 5/24/2023 | Emails with client. He is having trouble sending me documents. | 0.10 | $450.00 | $45.00 |
| 5/25/2023 | Emails with Utah County Attorney's Office. | 0.20 | $450.00 | $90.00 |
| 5/25/2023 | Obtained and reviewed state case files. | 0.30 | $450.00 | $135.00 |
| 5/30/2023 | Various emails with Utah County on GRAMA request. They are having trouble sorting out the information. | 0.10 | $450.00 | $45.00 |
| 6/1/2023 | Reviewed records from GRAMA Request. Emails with client. | 0.20 | $450.00 | $90.00 |
| 6/14/2023 | Emailed Utah County for clarification on an issue. | 0.10 | $125.00 | $12.50 |
| 6/21/2023 | Legal research. Review of materials provided by outside counsel. Reviewed email from Utah County. | 0.50 | $450.00 | $225.00 |
| 6/21/2023 | Drafted Complaint. | 1.80 | $450.00 | $810.00 |
| 6/22/2023 | Drafted Complaint to add in details about defendants' debt collection status. | 0.30 | $450.00 | $135.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/26/2023 | Last minute additions to Complaint. | 0.80 | $450.00 | $360.00 |
| 6/26/2023 | Emails with outside counsel in Utah about potentially collaborating. | 0.20 | $450.00 | $90.00 |
| 6/27/2023 | Drafted Complaint. | 0.60 | $450.00 | $270.00 |
| 6/28/2023 | Finalized and filed Complaint and cover sheet. Prepared Summons for the court clerks. | 0.40 | $125.00 | $50.00 |
| 7/14/2023 | Emailed Waiver of service to Mountain Land's counsel in response to request for same. | 0.10 | $450.00 | $45.00 |
| 7/17/2023 | Received and reviewed signed waiver of service from David Grassi, counsel for Mountain Land Collections. Calendared response date. | 0.10 | $450.00 | $45.00 |
| 8/17/2023 | Drafted Amended Complaint to address anticipated issues. | 1.20 | $450.00 | $540.00 |
| 8/17/2023 | Searched online sales. | 0.10 | $125.00 | $12.50 |
| 8/17/2023 | Drafted Amended Complaint. | 0.90 | $450.00 | $405.00 |
| 8/18/2023 | Worked on Amended Complaint. | 1.60 | $450.00 | $720.00 |
| 8/21/2023 | Continued drafting Amended Complaint. | 0.70 | $450.00 | $315.00 |
| 8/22/2023 | Finished and filed Amended Complaint. Emailed opposing counsel to accept service of process. Emailed client. | 2.00 | $450.00 | $900.00 |
| 9/15/2023 | Reviewed MLC's Motion to Dismiss. Began Outlining Opposition Memorandum. | 1.50 | $450.00 | $675.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/16/2023 | Reviewed Motion to Dismiss. Researched issues. Started outlining response. | 0.40 | $450.00 | $180.00 |
| 9/18/2023 | Worked on Opposition to Motion to Dismiss. | 0.90 | $450.00 | $405.00 |
| 9/19/2023 | Drafted and researched Motion to Dismiss. | 0.70 | $450.00 | $315.00 |
| 9/21/2023 | Drafted Opposition to Motion to Dismiss. | 1.50 | $450.00 | $675.00 |
| 9/25/2023 | Worked on Opposition to Motion to Dismiss. | 0.80 | $450.00 | $360.00 |
| 9/26/2023 | Continued drafting opposition to MLC's attempt to dismiss the case. | 2.40 | $450.00 | $1,080.00 |
| 9/27/2023 | Drafted Memorandum in Opposition to MLC's Motion to Dismiss. | 0.90 | $450.00 | $405.00 |
| 9/28/2023 | Continued drafting opposition to motion to dismiss. | 1.50 | $450.00 | $675.00 |
| 9/29/2023 | Received and reviewed Answer filed by the constable defendants. | 0.30 | $450.00 | $135.00 |
| 10/3/2023 | Finalized and filed Memorandum in Opposition to Motion to Dismiss. | 1.20 | $450.00 | $540.00 |
| 10/11/2023 | Reviewed Constables appointment packet. | 0.10 | $450.00 | $45.00 |
| 10/17/2023 | Drafted discovery requests. | 3.00 | $450.00 | $1,350.00 |
| 10/17/2023 | Reviewed Reply memorandum in support of motion to dismiss. Drafted and filed Request to submit. | 0.30 | $450.00 | $135.00 |
| 10/18/2023 | Continued drafting discovery requests. | 0.20 | $450.00 | $90.00 |
| 10/18/2023 | Drafted and filed Request to Submit Motion to Dismiss. | 0.10 | $450.00 | $45.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/20/2023 | Emailed opposing counsel to get case scheduled. | 0.10 | $125.00 | $12.50 |
| 10/26/2023 | Emailed opposing counsel. Adjusted case schedule. | 0.10 | $125.00 | $12.50 |
| 10/26/2023 | Drafted discovery requests and initial disclosures. | 0.80 | $450.00 | $360.00 |
| 10/28/2023 | Finalized and served Initial Disclosures and first set of discovery requests. | 3.20 | $450.00 | $1,440.00 |
| 10/30/2023 | Emails with opposing counsel. | 0.20 | $450.00 | $90.00 |
| 10/30/2023 | Filed IPT Report and Proposed Scheduling Order | 0.10 | $125.00 | $12.50 |
| 10/31/2023 | Filed Scheduling Order. | 0.10 | $125.00 | $12.50 |
| 11/2/2023 | Email from opposing counsel providing Initial Disclosures from MLC. | 0.10 | $450.00 | $45.00 |
| 11/6/2023 | Emails with outside counsel on potential issues that might arise during the case. | 0.50 | $450.00 | $225.00 |
| 11/7/2023 | Emails with outside counsel. | 0.20 | $450.00 | $90.00 |
| 11/16/2023 | Reviewed defendants' initial disclosures. | 0.30 | $450.00 | $135.00 |
| 11/27/2023 | Reviewed Mountain Land's discovery responses. | 0.50 | $450.00 | $225.00 |
| 11/27/2023 | Reviewed constable discovery responses. | 0.40 | $450.00 | $180.00 |
| 12/29/2023 | Reviewed MLC's supplemental discovery responses. | 0.20 | $450.00 | $90.00 |
| 1/8/2024 | Reviewed Court's Order on Motion to Dismiss. | 0.30 | $450.00 | $135.00 |
| 1/13/2024 | Worked on Second Amended Complaint. | 1.50 | $450.00 | $675.00 |

| 1/26/2024 | Emailed opposing counsel to meet and confer. | 0.10 | $450.00 | $45.00 |
|---|---|---|---|---|
| 1/30/2024 | Continued drafting Second Amended Complaint. | 0.60 | $450.00 | $270.00 |
| 1/31/2024 | Drafted Amended Complaint to include needed factual allegations about the constable conduct, writ procedures, and FDCPA violations following court's partial dismissal order. | 2.30 | $450.00 | $1,035.00 |
| 1/31/2024 | Searched Mountain Land Collections website and online ACA listing. Searched MLC's employees online. | 0.30 | $125.00 | $37.50 |
| 2/1/2024 | Created Custom Xchange search. | 0.20 | $450.00 | $90.00 |
| 2/1/2024 | Continued drafting Second Amended Complaint. Developed factual allegations on Mountain Land's debt collection practices and constable coordination. | 2.60 | $450.00 | $1,170.00 |
| 2/1/2024 | Emails with David Gardner on meet and confer. | 0.10 | $450.00 | $45.00 |
| 2/2/2024 | Emailed client for case details. | 0.10 | $0.00 | $0.00 |
| 2/2/2024 | Continued drafting Second Amended Complaint to develop Section 1983 liability theory and FDCPA bona fide error claims. | 1.50 | $450.00 | $675.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/3/2024 | Continued drafting Second Amended Complaint. Emailed client to confirm factual details needed for specific allegations. | 0.80 | $450.00 | $360.00 |
| 2/3/2024 | Drafted 2nd Amended Complaint. | 1.50 | $450.00 | $675.00 |
| 2/5/2024 | Emails with client to update on case strategy goning forward. | 0.10 | $0.00 | $0.00 |
| 2/5/2024 | Legal research on tightening up stated claims and the necessary level of supporting allegations. | 2.00 | $450.00 | $900.00 |
| 2/5/2024 | Continued drafting Second Amended Complaint. | 1.00 | $450.00 | $450.00 |
| 2/6/2024 | Continued drafting and revising Second Amended Complaint to incorporate research on FDCPA violations, refined legal theories, and prepared exhibit list. | 2.50 | $450.00 | $1,125.00 |
| 2/6/2024 | Emails on attorney search. | 0.10 | $125.00 | $12.50 |
| 2/6/2024 | Emails on Custom Xchange Search. | 0.20 | $125.00 | $25.00 |
| 2/7/2024 | Finalized Second Amended Complaint. Assembled, reviewed, and labeled exhibits. Confirmed final factual details with client. Filed with the court. | 1.80 | $450.00 | $810.00 |
| 2/7/2024 | Received and reviewed email on defendant's supplemental discovery responses. | 0.10 | $450.00 | $45.00 |
| 2/7/2024 | Emails with client to update on the case. | 0.10 | $450.00 | $45.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/9/2024 | Emails with client to answer questions. | 0.10 | $450.00 | $45.00 |
| 2/21/2024 | Drafted meet and confer letter. Emailed opposing counsel to meet and confer. | 0.50 | $450.00 | $225.00 |
| 2/21/2024 | Received and reviewed Answer filed by Mountain Land Collections. | 0.30 | $450.00 | $135.00 |
| 2/23/2024 | Emailed client for deposition scheduling and preparation. | 0.10 | $0.00 | $0.00 |
| 2/27/2024 | Emails with client on deposition. | 0.10 | $0.00 | $0.00 |
| 2/28/2024 | Reviewed discovery responses from the constables. Drafted Motion to Compel. | 1.10 | $450.00 | $495.00 |
| 2/29/2024 | Finalized and filed Motion to Compel. | 0.60 | $450.00 | $270.00 |
| 3/5/2024 | Drafted and emailed proposed order on Motion to Compel. | 0.20 | $450.00 | $90.00 |
| 3/5/2024 | Emailed client a case update. | 0.10 | $0.00 | $0.00 |
| 3/6/2024 | Emails back and forth with client. | 0.20 | $450.00 | $90.00 |
| 3/13/2024 | Emails with opposing counsel to meet and confer about their discovery responses. | 0.20 | $450.00 | $90.00 |
| 3/14/2024 | Drafted Rule 30(b)(6) Notice of Deposition. Emailed opposing counsel. Arranged for deposition court reporter. | 0.40 | $450.00 | $180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/14/2024 | Reviewed discovery in preparation for meet and confer. Decided to hold off and send second set of written discovery and schedule deposition. Emailed opposing counsel. | 0.60 | $450.00 | $270.00 |
| 3/14/2024 | Drafted second discovery requests. Served by email. | 1.80 | $450.00 | $810.00 |
| 3/18/2024 | Emails with client to schedule his deposition preparation. | 0.10 | $0.00 | $0.00 |
| 3/20/2024 | Emails with client to explain next steps. | 0.20 | $450.00 | $90.00 |
| 3/21/2024 | Phone call and emails with client. | 1.50 | $450.00 | $675.00 |
| 3/22/2024 | Reviewed MLC's objections to the Rule 30(b)(6) deposition notice. Drafted and emailed letter of response. Reviewed the Defendant's answers to discovery requests and Answers filed in the case. Drafted and served Amended Notice of Deposition. | 1.60 | $450.00 | $720.00 |
| 3/22/2024 | Drafted and filed Request to Submit Discovery Motion. | 0.20 | $450.00 | $90.00 |
| 3/24/2024 | Travel time from office to deposition. | 4.10 | $225.00 | $922.50 |
| 3/25/2024 | Attended Charles Young Deposition. | 5.80 | $450.00 | $2,610.00 |
| 3/25/2024 | Spoke with client about deposition. | 0.60 | $450.00 | $270.00 |
| 3/25/2024 | Travel time from deposition to office. | 4.10 | $225.00 | $922.50 |
| 4/1/2024 | Emails with court reporter to set up depositions. | 0.20 | $450.00 | $90.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/1/2024 | Changed deposition location. Emailed opposing counsel. | 0.10 | $450.00 | $45.00 |
| 4/2/2024 | Reviewed email from opposing counsel and responded. He is willing to have his client approximate the number of writs and other things in its deposition answers. | 0.20 | $450.00 | $90.00 |
| 4/4/2024 | Emails with opposing counsel about deposition issues. | 0.10 | $450.00 | $45.00 |
| 4/12/2024 | Emails with client on deposition corrections. | 0.20 | $450.00 | $90.00 |
| 4/16/2024 | Worked on outlines and exhibits for MLC deposition of Quinn Kofford. | 1.50 | $450.00 | $675.00 |
| 4/17/2024 | Emails with client. | 0.20 | $450.00 | $90.00 |
| 4/17/2024 | Preparation for Quinn Kofford 30(b)(6) deposition. Drafted examination outline, organized exhibits, reviewed deposition transcript from client deposition, and prepared follow-up questions based on MLC's interrogatory responses. | 2.60 | $450.00 | $1,170.00 |
| 4/18/2024 | Continued preparation for Quinn Kofford 30(b)(6) deposition. Reviewed MLC's discovery responses and refined outline. | 0.80 | $450.00 | $360.00 |
| 4/19/2024 | Deposition preparation for MLC Rule 30(b)(6) deposition. | 0.50 | $450.00 | $225.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/20/2024 | Continued preparation for Quinn Kofford 30(b)(6) deposition. Prepared exhibits and finalized examination outline. | 2.90 | $450.00 | $1,305.00 |
| 4/21/2024 | Travel time to MLC Deposition. | 4.50 | $225.00 | $1,012.50 |
| 4/23/2024 | Post-deposition conference with Mountain Land's attorney. | 0.20 | $450.00 | $90.00 |
| 4/23/2024 | Final preparation for deposition. Conducted deposition of Quinn Kofford. | 3.20 | $450.00 | $1,440.00 |
| 4/23/2024 | Travel time from MLC deposition back to the office. | 4.50 | $225.00 | $1,012.50 |
| 4/25/2024 | Drafted and filed ex parte motion for more time to meet and confer. Emailed opposing counsel's assistant. | 0.20 | $450.00 | $90.00 |
| 4/25/2024 | Outlined and began drafting Motion for Summary Judgment. | 0.50 | $450.00 | $225.00 |
| 5/5/2024 | Reviewed Quinn Kofford deposition. Highlighted key admissions. Cataloged responses. | 1.00 | $450.00 | $450.00 |
| 5/7/2024 | Drafted motion for summary judgment. | 2.00 | $450.00 | $900.00 |
| 5/8/2024 | Worked on Motion for summary judgment. | 0.80 | $450.00 | $360.00 |
| 5/9/2024 | Drafted Motion for Partial Summary Judgment. | 2.60 | $450.00 | $1,170.00 |
| 5/10/2024 | Organized exhibits. Checked all citations. Continued drafting Motion for Partial Summary Judgment. | 2.10 | $450.00 | $945.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/13/2024 | Finalized Motion for Summary Judgment. Organized exhibits. Drafted Appendix. Filed Motion. | 3.50 | $450.00 | $1,575.00 |
| 5/13/2024 | Worked on Motion for Partial Summary Judgment. Built out the appendix. | 1.00 | $450.00 | $450.00 |
| 5/14/2024 | Email from opposing counsel with low ball settlement offer. Email to client on recommendations. | 0.10 | $450.00 | $45.00 |
| 5/16/2024 | Phone call to client. | 0.10 | $450.00 | $45.00 |
| 5/21/2024 | Drafted Motion to Deem Requests for Admission Admitted. | 2.50 | $450.00 | $1,125.00 |
| 5/21/2024 | Reviewed Defendants' responses to Requests for Admissions.  Outlined Motion to Deem Admissions Admitted. | 0.50 | $450.00 | $225.00 |
| 5/22/2024 | Worked more on Motion to Deem Admitted the Requests for Admissions. | 0.90 | $450.00 | $405.00 |
| 5/22/2024 | Emails with opposing counsel to arrange Erickson deposition. | 0.20 | $450.00 | $90.00 |
| 5/22/2024 | Researched and drafted motion to deem admissions admitted. | 0.30 | $450.00 | $135.00 |
| 5/23/2024 | Emails with opposing counsel on status report and discovery matters. | 0.40 | $450.00 | $180.00 |
| 5/25/2024 | Email from David Gardner about our prior discussion. | 0.10 | $450.00 | $45.00 |
| 5/28/2024 | Continued drafting Motion seeking to deem requests for admissions admitted. | 1.20 | $450.00 | $540.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/29/2024 | Emailed David Gardner for approval on Motion to Dismiss Mountain Land. Received and read his email back. | 0.10 | $450.00 | $45.00 |
| 5/29/2024 | Emailed David Gardner with updated Dismissal filing. | 0.10 | $450.00 | $45.00 |
| 6/3/2024 | Reviewed discovery requests from the constables. Emailed client for review. | 0.20 | $450.00 | $90.00 |
| 6/3/2024 | Filed Dismissal of Mountain Land. | 0.10 | $450.00 | $45.00 |
| 6/10/2024 | Reviewed Motion for Partial Summary Judgment and Opposition to Motion for Partial Summary Judgment. | 0.40 | $450.00 | $180.00 |
| 6/10/2024 | Began outlining Opposition to Defendants' Motion for Summary Judgment. | 1.50 | $450.00 | $675.00 |
| 6/10/2024 | Drafted motion to deem admissions admitted. | 0.60 | $450.00 | $270.00 |
| 6/10/2024 | Began drafting Reply on Motion for Partial Summary Judgment. | 2.10 | $450.00 | $945.00 |
| 6/17/2024 | Emailed opposing counsel for extension of time. Prepared filings to obtain approval from the court. | 0.20 | $450.00 | $90.00 |
| 6/17/2024 | Drafted stipulated motion for time and proposed order. Emails with opposing counsel.  Filed the motion with approval. | 0.20 | $450.00 | $90.00 |
| 6/17/2024 | Emailed client a case update. | 0.10 | $0.00 | $0.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/19/2024 | Call to client for information needed to answer discovery. Incorporated those answers into the discovery responses. | 2.00 | $450.00 | $900.00 |
| 6/20/2024 | Phone call to client. Left message on his voicemail. Email to client. | 0.20 | $450.00 | $90.00 |
| 6/21/2024 | Email to client. Drafted letter to client. Additional emails with client. | 0.50 | $450.00 | $225.00 |
| 6/21/2024 | Prepared responses to discovery requests. | 1.50 | $450.00 | $675.00 |
| 6/21/2024 | Researched legal issues for Motions for Summary Judgment. Drafted Reply Memorandum. | 1.60 | $450.00 | $720.00 |
| 6/21/2024 | Continued drafting Reply Memo in Support of MSJ. | 1.70 | $450.00 | $765.00 |
| 6/24/2024 | Drafted Reply Memorandum in Support of MSJ. | 0.60 | $450.00 | $270.00 |
| 6/25/2024 | Drafted Reply on Motion for Summary Judgment. | 3.50 | $450.00 | $1,575.00 |
| 6/25/2024 | Drafted Reply Memo for partial summary judgment. | 0.80 | $450.00 | $360.00 |
| 6/26/2024 | Researched Tenth Circuit FDCPA precedent on bona fide error defense and constable liability. Continued drafting Reply Memorandum in Support of Motion for Summary Judgment. | 2.70 | $450.00 | $1,215.00 |
| 6/26/2024 | Worked more on Reply Memorandum in Support of Motion for Partial Summary Judgment. | 1.20 | $450.00 | $540.00 |
| 6/27/2024 | Legal research on issues raised by Defendants' opposition to MSJ. | 2.60 | $450.00 | $1,170.00 |
| 6/27/2024 | Drafted Reply on MSJ. | 1.00 | $450.00 | $450.00 |

| | | | | |
|---|---|---|---|---|
| 6/28/2024 | Drafted and researched Reply Memorandum on Motion for Partial Summary Judgment. Reviewed case file and evidence. | 1.90 | $450.00 | $855.00 |
| 6/29/2024 | Continued drafting Reply Memorandum in Support of MSJ. Reviewed case record for factual citations. | 0.60 | $450.00 | $270.00 |
| 6/29/2024 | Began drafting Opposition to Defendants' Cross Motion for Partial Summary Judgment. Legal research on cross-MSJ issues. | 1.40 | $450.00 | $630.00 |
| 6/29/2024 | Preparation for Hearing on Motion to Compel. | 0.80 | $450.00 | $360.00 |
| 6/29/2024 | Reviewed cross motion for summary judgment. Began drafting opposition. | 0.60 | $450.00 | $270.00 |
| 6/29/2024 | Finalized and filed Reply Memorandum in Support of Motion for Partial Summary Judgment. | 0.40 | $450.00 | $180.00 |
| 7/1/2024 | Prepared for and attended hearing on Motion to Compel. | 1.20 | $450.00 | $540.00 |
| 7/1/2024 | Drafted Reply on MSJ and Opposition to Cross MSJ. | 0.30 | $450.00 | $135.00 |
| 7/1/2024 | Drafted opposition to cross motion for summary judgment. | 2.00 | $450.00 | $900.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/2/2024 | Finalized and filed Reply on Partial Motion for Summary Judgment and Opposition Memorandum to Defendant's Cross Motion for Partial Summary Judgment. | 0.90 | $450.00 | $405.00 |
| 8/5/2024 | Reviewed Defendants' Reply on Cross Motion for Summary Judgment. | 0.20 | $450.00 | $90.00 |
| 9/11/2024 | Filed request to submit motion for summary judgment. | 0.10 | $125.00 | $12.50 |
| 10/15/2024 | Reviewed order on discovery motions. | 0.20 | $450.00 | $90.00 |
| 10/31/2024 | Emails with client. | 0.10 | $0.00 | $0.00 |
| 2/17/2025 | Drafted Motion for Judicial Notice. Organized exhibits. Filed Motion. | 1.50 | $450.00 | $675.00 |
| 3/5/2025 | Emailed opposing counsel for extension of time on Reply Memorandum. | 0.10 | $450.00 | $45.00 |
| 3/8/2025 | Reviewed opposition to motion for judicial notice. Outlined and researched reply. Began drafting reply memorandum. | 1.90 | $450.00 | $855.00 |
| 3/10/2025 | Finalized and filed Reply Memorandum in Support of Motion for Judicial Notice. | 3.40 | $450.00 | $1,530.00 |
| 3/26/2025 | Reviewed Denial of Summary Judgment Motions. Strategized how to use the order going forward. | 0.50 | $450.00 | $225.00 |
| 3/26/2025 | Prepared and filed Motion for Pretrial Conference and proposed order on same request. | 0.10 | $450.00 | $45.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/20/2025 | Emails with client about settlement options and damages. | 0.30 | $450.00 | $135.00 |
| 5/21/2025 | Emails with client on possible settlement. | 0.20 | $450.00 | $90.00 |
| 5/22/2025 | Emails with opposing counsel about discovery, and a status report. | 0.10 | $450.00 | $45.00 |
| 5/22/2025 | Drafted status report. | 0.20 | $450.00 | $90.00 |
| 5/23/2025 | Emails with opposing counsel. Amended Status Report. Filed Status Report. | 0.20 | $450.00 | $90.00 |
| 6/5/2025 | Emailed opposing counsel for deposition dates and discovery responses ordered by the court. | 0.10 | $450.00 | $45.00 |
| 6/24/2025 | Emails with client. | 0.10 | $0.00 | $0.00 |
| 6/24/2025 | Phone call with opposing counsel about deposition of Michael Erickson and written discovery they must still produce. | 0.10 | $450.00 | $45.00 |
| 6/24/2025 | Worked on deposition outlines. | 3.00 | $450.00 | $1,350.00 |
| 6/25/2025 | Worked on deposition outlines and prepared exhibits. | 2.50 | $450.00 | $1,125.00 |
| 7/1/2025 | Emailed opposing counsel for production of discovery materials the court ordered them to provide. | 0.10 | $450.00 | $45.00 |
| 9/16/2025 | Emailed client for settlement approval and authority. | 0.10 | $450.00 | $45.00 |
| 10/6/2025 | Emails with client. | 0.10 | $0.00 | $0.00 |
| 12/6/2025 | Strategized, researched, and planned motions in limine strategy. | 2.40 | $450.00 | $1,080.00 |
| 12/6/2025 | Reviewed and organized exhibits. | 1.60 | $450.00 | $720.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/12/2025 | Emails with opposing counsel about settlement offer. | 0.20 | $450.00 | $90.00 |
| 12/13/2025 | Emails with client to provide update on the status of our upcoming trial. | 0.10 | $450.00 | $45.00 |
| 12/17/2025 | Emails with client to update the case status. | 0.10 | $450.00 | $45.00 |
| 12/22/2025 | Emails with client on case status. | 0.20 | $450.00 | $90.00 |
| 12/27/2025 | Started drafting jury instructions. | 2.00 | $450.00 | $900.00 |
| 12/27/2025 | Started drafting verdict form. | 1.50 | $450.00 | $675.00 |
| 12/29/2025 | Drafted jury instructions. | 1.00 | $450.00 | $450.00 |
| 12/29/2025 | Worked on verdict form. | 0.90 | $450.00 | $405.00 |
| 12/29/2025 | Reviewed Trial Order. Calendared all events. | 0.30 | $125.00 | $37.50 |
| 12/29/2025 | Emailed Proposed Verdict Form and Jury Instructions. | 0.10 | $450.00 | $45.00 |
| 12/29/2025 | Email from Erickson's counsel about potential settlement discussions. | 0.10 | $450.00 | $45.00 |
| 12/31/2025 | Email to Erickson's counsel. | 0.10 | $450.00 | $45.00 |
| 1/7/2026 | Drafted Pretrial Order. | 1.10 | $450.00 | $495.00 |
| 1/7/2026 | Drafted Motions in limine on various issues. | 3.20 | $450.00 | $1,440.00 |
| 1/12/2026 | Email from Erickson's counsel about settlement and his representation status. | 0.10 | $450.00 | $45.00 |
| 1/14/2026 | Worked on pretrial order. | 1.80 | $450.00 | $810.00 |
| 1/18/2026 | Received and reviewed Defendants' pretrial disclosures and built out a strategy based on what they provided. | 0.40 | $450.00 | $180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/18/2026 | Received and reviewed Defendants' jury instructions and verdict form. | 0.10 | $450.00 | $45.00 |
| 1/19/2026 | Reviewed Defendants' Jury Instructions and Verdict Form. Revised and served Plaintiff's Jury Instructions and Verdict Form. | 1.50 | $450.00 | $675.00 |
| 1/19/2026 | Prepared and served Pretrial Disclosures. | 1.00 | $450.00 | $450.00 |
| 1/20/2026 | Emails with opposing counsel. | 0.20 | $450.00 | $90.00 |
| 1/20/2026 | Reviewed Motion to Continue Trial. Weighed and strategized options for responding. | 0.50 | $450.00 | $225.00 |
| 1/26/2026 | Emails with opposing counsel. | 0.20 | $450.00 | $90.00 |
| 1/26/2026 | Drafted and filed nonopposition to motion to continue trial. | 0.30 | $450.00 | $135.00 |
| 1/27/2026 | Reviewed Defendants consent to continue trial. | 0.10 | $450.00 | $45.00 |
| 1/27/2026 | Emails with opposing counsel about discussing verdict forms and jury instructions. | 0.30 | $450.00 | $135.00 |
| 1/27/2026 | More emails with opposing counsel. | 0.10 | $0.00 | $0.00 |
| 1/29/2026 | Emails with client with case update. | 0.20 | $450.00 | $90.00 |
| 2/11/2026 | Email from Erickson's counsel on settlement with conditions. | 0.10 | $450.00 | $45.00 |
| 2/11/2026 | Email to client about settlement and risks of proceeding. | 0.10 | $450.00 | $45.00 |
| 2/13/2026 | Email from client about settlement. | 0.10 | $450.00 | $45.00 |
| 2/13/2026 | Drafted motion in limine on debt collectors status. | 0.60 | $450.00 | $270.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/16/2026 | Emailed Erickson's counsel on settlement offer. | 0.10 | $450.00 | $45.00 |
| 2/17/2026 | Emails with client. | 0.10 | $450.00 | $45.00 |
| 2/18/2026 | Received and reviewed settlement correspondence from Erickson's counsel. | 0.10 | $450.00 | $45.00 |
| 2/18/2026 | Drafted Motion in Limine on Altruism. | 0.80 | $450.00 | $360.00 |
| 2/18/2026 | Worked on Motions in Limine. | 4.80 | $450.00 | $2,160.00 |
| 2/19/2026 | Email to client. | 0.10 | $0.00 | $0.00 |
| 2/21/2026 | Emailed client with case update. | 0.10 | $0.00 | $0.00 |
| 2/23/2026 | Emailed client to assure he sets aside dates for trial and preparation. | 0.10 | $0.00 | $0.00 |
| 2/25/2026 | Emails with client. | 0.20 | $450.00 | $90.00 |
| 3/20/2026 | Worked on cross examinations of defendants. | 2.50 | $450.00 | $1,125.00 |
| 3/21/2026 | Drafted cross examination outlines. | 1.10 | $450.00 | $495.00 |
| 3/23/2026 | Worked on cross examinations of defendants. | 0.80 | $450.00 | $360.00 |
| 3/23/2026 | Drafted motion in limine on apportionment. | 0.80 | $450.00 | $360.00 |
| 3/25/2026 | Worked on trial schedule and potential strategies. | 2.80 | $450.00 | $1,260.00 |
| 3/27/2026 | Worked on proposed jury instructions and verdict form. | 0.60 | $450.00 | $270.00 |
| 3/30/2026 | Reviewed and drafted proposed verdict form. | 1.20 | $450.00 | $540.00 |
| 3/31/2026 | Reviewed and drafted proposed jury instructions. | 1.50 | $450.00 | $675.00 |
| 3/31/2026 | Drafted Motion to Establish Facts | 1.50 | $450.00 | $675.00 |
| 4/1/2026 | Drafted Subpoenas. | 0.80 | $125.00 | $100.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 4/1/2026 | Worked on Motions in Limine. | 2.50 | $450.00 | $1,125.00 |
| 4/1/2026 | Strategized witness timing and opposition witnesses we want to call. Drafted and served subpoenas. | 1.60 | $450.00 | $720.00 |
| 4/1/2026 | Various emails with opposing counsel. | 0.20 | $450.00 | $90.00 |
| 4/1/2026 | Cleaned up jury instructions and incorporated Judge Stewarts' standing instructions. | 1.90 | $450.00 | $855.00 |
| 4/2/2026 | Drafted pretrial order. | 0.90 | $450.00 | $405.00 |
| 4/2/2026 | Organized exhibits and incorporated in Pretrial Order. | 2.00 | $450.00 | $900.00 |
| 4/3/2026 | Drafted proposed established facts. | 0.40 | $450.00 | $180.00 |
| 4/3/2026 | Emailed opposing counsel on pretrial order. | 0.10 | $450.00 | $45.00 |
| 4/3/2026 | Emailed Tyler Martin on subpoenas. | 0.10 | $450.00 | $45.00 |
| 4/3/2026 | Emails with court clerk on scheduling time to review courtroom technology. | 0.20 | $450.00 | $90.00 |
| 4/3/2026 | Drafted Motion for Subpoenas, Motion to Expedite, and proposed orders. | 2.00 | $450.00 | $900.00 |
| 4/3/2026 | Drafted and filed Errata to correct certificate of service date. | 0.10 | $450.00 | $45.00 |
| | | | | |
| 4/6/2026 | Travel time to Salt Lake City for Final Pretrial Conference. | 4.50 | $225.00 | $1,012.50 |
| 4/6/2026 | Drafted and strategized jury instructions. | 2.00 | $450.00 | $900.00 |
| 4/7/2026 | Attended Final Pretrial Conference. | 0.50 | $450.00 | $225.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/7/2026 | Reviewed proposed jury instructions from the defendants. | 1.60 | $450.00 | $720.00 |
| 4/7/2026 | Drafted and filed Pretrial Order. | 1.00 | $450.00 | $450.00 |
| 4/7/2026 | Drafted and filed Amended Pretrial Order and Errata. | 0.30 | $125.00 | $37.50 |
| 4/7/2026 | Travel time from Salt Lake City to Saint George office. | 4.50 | $225.00 | $1,012.50 |
| 4/8/2026 | Reviewed notes and discovery responses. | 0.80 | $450.00 | $360.00 |
| 4/8/2026 | Worked on Direct Examination of the Plaintiff. | 7.10 | $450.00 | $3,195.00 |
| 4/8/2026 | Drafted and Filed Motion for Judicial Notice and Motion to Expedite. | 2.00 | $450.00 | $900.00 |
| 4/8/2026 | Strategized issues of judicial notice and matters to present on direct examination. | 0.60 | $450.00 | $270.00 |
| 4/8/2026 | Emails with client to update him on the case posture and timing. | 0.10 | $450.00 | $45.00 |
| 4/8/2026 | Phone call with Quinn Kofford about his court appearance and timing that appearance. | 0.10 | $450.00 | $45.00 |
| 4/9/2026 | Worked on Plaintiff's and witness examinations. | 4.50 | $450.00 | $2,025.00 |
| 4/9/2026 | Phone call with fact witness Tara Peretto to prepare for her testimony. | 1.80 | $450.00 | $810.00 |
| 4/9/2026 | Emails with witnesses to set up testimony preparations. | 0.20 | $450.00 | $90.00 |
| 4/10/2026 | Continued preparing witness exams and exhibits. | 1.40 | $450.00 | $630.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/10/2026 | Updated and sent subpoenas for Cory Revill and Andrea Croft for expedited service of process. | 0.20 | $450.00 | $90.00 |
| 4/11/2026 | Prepared strategy for jury selection. | 0.90 | $450.00 | $405.00 |
| 4/11/2026 | Prepared deposition designations. | 5.00 | $450.00 | $2,250.00 |
| 4/11/2026 | Drafted Trial Brief. | 2.50 | $450.00 | $1,125.00 |
| 4/13/2026 | Drafted and filed motions in limine on various issues. | 2.60 | $450.00 | $1,170.00 |
| 4/13/2026 | Finalized and served deposition designations. | 1.70 | $450.00 | $765.00 |
| 4/13/2026 | Drafted and filed objections to Defendants jury instructions and verdict forms. | 3.50 | $450.00 | $1,575.00 |
| 4/13/2026 | Finalized and filed Trial Brief. | 1.80 | $450.00 | $810.00 |
| 4/14/2026 | Reviewed Motions in Limine from the Defendants. Researched issues raised. | 2.60 | $450.00 | $1,170.00 |
| 4/14/2026 | Drafted responses and legal research to oppose defendants' motions in limine. | 2.00 | $450.00 | $900.00 |
| 4/15/2026 | Finalized and filed responses to Defendants' motions in limine. | 4.20 | $450.00 | $1,890.00 |
| 4/15/2026 | Build cross examination and direct examination of Quinn Kofford. | 3.20 | $450.00 | $1,440.00 |
| 4/16/2026 | Worked on Summary Exhibit and sent to printer for poster size version. | 2.00 | $125.00 | $250.00 |
| 4/16/2026 | Emails with AlphaGraphics | 0.30 | $125.00 | $37.50 |
| 4/16/2026 | Emails court clerk on accommodations for the client's medical needs. | 0.20 | $125.00 | $25.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/16/2026 | Phone call with Quinn Kofford about his court appearance and scheduling him in. | 0.10 | $450.00 | $45.00 |
| 4/16/2026 | Emails with Quinn Kofford on his upcoming court appearance. | 0.20 | $450.00 | $90.00 |
| 4/16/2026 | Emails with fact witness Kendall Thomas. | 0.10 | $450.00 | $45.00 |
| 4/16/2026 | Reviewed Defendants Witness List and Exhibit Lists. Reviewed and organized Defendants' exhibits. | 0.30 | $450.00 | $135.00 |
| 4/17/2026 | Multiple emails with opposing counsel. | 0.30 | $450.00 | $135.00 |
| 4/17/2026 | Emails with witnesses about not being allowed to testify. | 0.30 | $450.00 | $135.00 |
| 4/17/2026 | Reviewed Motion to Reconsider Prior Orders. | 0.30 | $450.00 | $135.00 |
| 4/17/2026 | Strategized how to approach Motion to Reconsider and Motion for Judgment on the Pleadings. | 0.50 | $450.00 | $225.00 |
| 4/17/2026 | Reviewed the Court's Amended Pretrial Order. Strategized next steps. | 0.30 | $450.00 | $135.00 |
| 4/17/2026 | Reviewed court orders on Motions in Limine. Strategized next steps. Organized rulings into more useable checklist. | 1.20 | $450.00 | $540.00 |
| 4/17/2026 | Filed Plaintiff's Witness and Exhibit Lists. | 0.10 | $450.00 | $45.00 |
| 4/17/2026 | Reviewed court's order on denying waived defenses. | 0.10 | $450.00 | $45.00 |
| 4/18/2026 | Worked on Quinn Kofford's cross examination. | 1.50 | $450.00 | $675.00 |
| 4/18/2026 | Researched legal issues on Motion to Reconsider. | 1.60 | $450.00 | $720.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/18/2026 | Started outlining oral arguments to make against Motion to Reconsider since there is no time to oppose it in writing. | 0.70 | $450.00 | $315.00 |
| 4/18/2026 | Reviewed court's order requiring Defendants to show cause why they should not be held in contempt for filing the Motion to Reconsider. | 0.40 | $450.00 | $180.00 |
| 4/18/2026 | Email from Elizabeth Hernandez on testifying at trial. | 0.10 | $0.00 | $0.00 |
| 4/18/2026 | Organized exhibits into binders and reviewed everything related to assure complete and properly organized for the witnesses. | 1.50 | $450.00 | $675.00 |
| 4/19/2026 | Travel time to Salt Lake City for trial. | 4.50 | $225.00 | $1,012.50 |
| 4/20/2026 | Preparation for and attendance at trial. | 6.00 | $450.00 | $2,700.00 |
| 4/20/2026 | Meeting with client. | 0.80 | $450.00 | $360.00 |
| 4/20/2026 | Evening work to make adjustments to examination and cross examination outlines and case strategies. | 5.20 | $450.00 | $2,340.00 |
| 4/21/2026 | Morning preparation and attendance at trial. | 6.00 | $450.00 | $2,700.00 |
| 4/21/2026 | Evening work on additional cross examinations of defendants. Continued drafting closing arguments. Meetings with client. | 5.50 | $450.00 | $2,475.00 |

| | | | | |
|---|---|---|---|---|
| 4/22/2026 | Morning preparation for last day of trial. | 0.80 | $450.00 | $360.00 |
| 4/22/2026 | Attendance at trial. | 10.80 | $450.00 | $4,860.00 |
| 4/22/2026 | Post-trial meeting with client. | 0.60 | $450.00 | $270.00 |
| 4/23/2026 | Travel time to Saint George. | 4.50 | $225.00 | $1,012.50 |
| 4/24/2026 | Reviewed, researched, and strategized post-trial issues. | 3.60 | $450.00 | $1,620.00 |
| 4/28/2026 | Outlined Motion for Attorney's fees and costs. | 0.30 | $450.00 | $135.00 |
| 4/29/2026 | Drafted Motion for Attorney's Fees and supporting declaration. | 3.20 | $450.00 | $1,440.00 |
| 5/1/2026 | Continued drafting Motion for Attorney's Fees and Costs and supporting declaration. | 1.90 | $450.00 | $855.00 |
| 5/4/2026 | Finalized and filed Motion for Attorney's Fees and Costs and supporting Declaration. | 0.60 | $450.00 | $270.00 |
| 5/4/2026 | Emailed opposing counsel on fees and costs to offer discount if they want to avoid judgment on those issues. | 0.2 | $450.00 | $90.00 |
| | **Total** | **369.90** | | **$155,877.50** |