**Fairfield**
BY MARRIOTT

**Fairfield by Marriott® Salt Lake City / Midvale thanks you for your business!**
7141 So. FLSmidth Drive, Midvale UT 84047 **P** 801.568.9000
**Fairfield.Marriott.com**

| | |
|---|---|
| Eric Stephenson | Room: 419 |
| 243 S 2060 E | Room Type: KING |
| St George UT 84790-1616 | Number of Guests: 1 |
| Stephenson Law | Rate: $120.60     Clerk: JMF |

Arrive: 24Mar24     Time: 04:40PM     Depart: 25Mar24     Time: 02:34PM     Folio Number: 96542

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 18Mar24 | Advance Deposit | | 136.66 |
| 24Mar24 | Room Charge | 120.60 | |
| 24Mar24 | Occupancy Sales Tax | 8.74 | |
| 24Mar24 | State Occupancy Tax | 7.32 | |

**BALANCE:     0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Thank you for staying with us during your visit to the Salt Lake/Midvale area! (Your card is authorized for Room, Tax and Incidentals upon your arrival. The amount on this reciept reflects your final charge. The additional authorization may take 5-7 business days to return to your account. We cannot release the funds any sooner.)

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.