## SPRINGHILL SUITES®
BY MARRIOTT

**SPRINGHILL SUITES BY MARRIOTT® / LEHI AT THANKSGIVING POINT**
2447 W Executive Pkwy, Lehi, Ut 84043 **P** 801.341.6970
**springhillsuites.com**

| | |
|---|---|
| T. Stephenson | Room: 326 |
| | Room Type: KSTE |
| | Number of Guests: 1 |
| | Rate: $195.00    Clerk: |
| Arrive: 21Apr24    Time: 05:40PM | Depart: 23Apr24    Time: 12:00PM    Folio Number: 78231 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Apr24 | Room Charge | 107.00 | |
| 21Apr24 | State Occupancy Tax | 7.97 | |
| 21Apr24 | Occupancy Sales Tax | 4.89 | |
| 21Apr24 | City Tax | 1.07 | |
| 21Apr24 | Daily Parking | 4.00 | |
| 22Apr24 | Room Charge | 195.00 | |
| 22Apr24 | State Occupancy Tax | 14.53 | |
| 22Apr24 | Occupancy Sales Tax | 8.91 | |
| 22Apr24 | City Tax | 1.95 | |
| 22Apr24 | Daily Parking | 4.00 | |
| 23Apr24 | Visa | | 349.32 |

*Card #: VIXXXXXXXXXXXX3104/XXXX*
*Amount:   349.32  Auth: 036772*
*This card was electronically swiped on 21Apr24*

**BALANCE:**    **0.00**

**Marriott Bonvoy Account # XXXXX9225.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.