# Residence INN
### BY MARRIOTT

**Residence Inn® Salt Lake City Murray**
171 East 5300 South, Murray, UT  84107 **P** 801.262.4200
**Marriott.com/SLCSR**

| | |
|---|---|
| Eric Stephenson | Room: 312 |
| 243 S 2060 E | Room Type: STDO |
| St George UT 84790-1616 | Number of Guests: 1 |
| Na | Rate: $169.00      Clerk: JAG |

| Arrive: 06Apr26 | Time: 07:55PM | Depart: 07Apr26 | Time: 01:40PM | Folio Number: 75496 |
|---|---|---|---|---|

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 06Apr26 | Room Charge | 169.00 | |
| 06Apr26 | State Occupancy Tax | 10.43 | |
| 06Apr26 | City Tax | 3.72 | |
| 06Apr26 | County Tax | 9.72 | |
| 06Apr26 | Convention and Tourism Tax | 1.01 | |
| 07Apr26 | Visa | | 193.88 |

*Card #: VIXXXXXXXXXXXX8086/XXXX*
*Card Type: VISA Card Entry: CHIP Approval Code: 900247  App Label:*
*VISA DEBIT AID: A0000000031010*

|  | **BALANCE:** | **0.00** |
|---|---|---|

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Please ask guest if they have a Pet with them!

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.