ENHANCE YOUR STAY   |   SUMMARY OF CHARGES   |   CONTACT US



### Residence Inn by Marriott Salt Lake City Murray

171 East 5300 South Murray, Utah 84107 USA           +1-801-262-4200

## Thank you for your booking, Mrs. Tamra Stephenson.

# Travel like you live

## Sun, Apr 19, 2026 – Thu, Apr 23, 2026
Confirmation Number: 90311723



| | | |
|---|---|---|
| Check-In: | Sunday, April 19, 2026 | 04:00 PM |
| Check-Out: | Thursday, April 23, 2026 | 12:00 PM |

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit card deposit Visa |
| Total for Stay | 667.67 USD |

Room 1

Room Type ›                          Studio, 1 King, Sofa bed

Guaranteed Requests:

None

**ALL REQUESTS ›**

Manage Stay

# Important Information About Your Stay

⚠ In order to prepare for your upcoming stay, we invite you to **learn more** about what to expect when you arrive and the experiences that await you.

⚠ Frequency of housekeeping services varies. Check with the hotel on arrival.

⚠ Upon early departure, an Early Departure Charge of one night's room & applicable tax applies.



Unlock Extraordinary Travel with the Marriott Bonvoy® App

Book thousands of hotels and experiences worldwide, check in, chat with your hotel, and more – all on the app.

**Go Now**

# Enhance your stay



### $250eGiftCard+100K Points

Use the eGiftCard on an upcoming stay. Plus, earn up to $100 in airline credits and 17X points at participating hotels.

| | |
|---|---|
| Total Stay | 667.67 USD |
| eGiftCard | -250.00 USD |
| Total After eGiftCard | 417.67 USD |

**Apply Now**

Simply present eGiftCard at a Marriott Bonvoy property to redeem.



## Protect Your Trip

Travel with more peace of mind with Allianz Travel Insurance. Get protection for flight delays and more, for you and for everyone in your room.

**Learn More**



## Inspiring Experiences

Find unique activities everyone will love, and earn points too.

**Book Activities**



## Sip. Stay. Earn.

Earn Double Stars at Starbucks during your eligible stay. Link your Marriott Bonvoy® and Starbucks® Rewards accounts!

**Link Accounts**

Case 2:23-cv-00420-TS-CMR    Document 199-7    Filed 05/04/26    PageID.2196    Page 4 of 7



## Free Hot Breakfast

Choose from a variety of fresh, hot and healthy favorites.

View More Amenities



## My Account

### Mrs. Tamra Stephenson

Your Stay: 4 Nights

**View Account**

| XXXXX9225 | 18,932 | Member |
|-----------|--------|--------|
| Account | Points | Status |

# Summary Of Charges

Sunday, April 19, 2026 – Monday, April 20, 2026

1 Night at 117.00 USD per night per room

Member Rate Prepay Non-refundable, changes up to 3 days prior to stay, prepay in full, non-refundable if cancelled more than 1 day after booking, see Rate details

## Monday, April 20, 2026 – Tuesday, April 21, 2026

## 1 Night at 140.00 USD per night per room

Member Rate Prepay Non-refundable, changes up to 3 days prior to stay, prepay in full, non-refundable if cancelled more than 1 day after booking, see Rate details

## Tuesday, April 21, 2026 – Wednesday, April 22, 2026

## 1 Night at 158.00 USD per night per room

Member Rate Prepay Non-refundable, changes up to 3 days prior to stay, prepay in full, non-refundable if cancelled more than 1 day after booking, see Rate details

## Wednesday, April 22, 2026 – Thursday, April 23, 2026

## 1 Night at 167.00 USD per night per room

Member Rate Prepay Non-refundable, changes up to 3 days prior to stay, prepay in full, non-refundable if cancelled more than 1 day after booking, see Rate details

# Taxes & Fees (per night per room)

Estimated Government Taxes & Fees                    21.42 USD

## Totals

Total for Stay                                              667.67 USD

## Other Charges

Complimentary on-site parking

# Rate Details & Cancellation Policy

- To ensure that you receive this special rate, we will charge your credit card a prepayment of 667.67 USD on Thursday, April 9, 2026. If the date presented is a past date, the deposit will be due and processed upon confirmation.

- Please note that only credit card prepayments are accepted.

- You may cancel your reservation for no charge before 11:59 PM local hotel time on Thursday, April 9, 2026.
  Please note we will assess a fee if you must cancel after this deadline.

- After this time, please note that your prepayment for this special rate is non-refundable.

- Travel agents: please note that this rate is commissionable.

- Your current rate may be available if your modified reservation still includes: A reservation made 5 day(s) before your expected arrival.

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Unless otherwise stated in the "Rate Details & Cancellation Policy" section of this email: An authorization request may be placed on your credit or debit card (where

accepted) soon before or at check-in. This authorization may be for an amount up to the cost of the room, tax, and estimated incidental charges for the length of your stay (up to seven nights). For stays longer than seven nights, an additional authorization may be requested for the full expected amount. At check-out, your payment card will be charged for the actual amount incurred during your stay.

# Contact Us

## Phone Numbers

Call 1-800-331-3131 in the US and Canada

For everywhere else, call our Worldwide Telephone Numbers

**FREQUENTLY ASKED QUESTIONS** >

  

| Terms of Use | Privacy Policy | About Us | Find a Hotel |
| --- | --- | --- | --- |

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2026 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION