# United States District Court

## District of Utah

CHARLES YOUNG

          Plaintiff

          v.

ROB KOLKMAN, CONSTABLE
KOLKMAN, LLC, and MICHAEL
ERICKSON,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00420-TS-CMR

This matter was tried by a jury before the Honorable Ted Stewart presiding, and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED

that Judgment shall be, and it hereby is, entered in favor of Plaintiff Charles Young and against Defendant Michael Erickson in the amount of $1,500 and against Kolkman Defendants (Rob Kolkman and Constable Kolkman, LLC) in the amount of $1,500 for actual damages; and $1,000 for statutory damages.

DATED May 11, 2026.

2

BY THE COURT:


TED STEWART
United States District Judge

2