# EXHIBIT A

## David Gardner

| | |
|---|---|
| **From:** | Eric Stephenson <ericstephenson@utahjustice.com> |
| **Sent:** | Wednesday, December 31, 2025 1:03 PM |
| **To:** | David Gardner |
| **Subject:** | Re: FW: Young v. Erickson (2:23-CV-00420-TS) - Settlement Offer |

CAUTION: EXTERNAL

David,

Thank you for reaching out. However, the court's official docket reflects that you were terminated as counsel of record. As an officer of the court, I must therefore coordinate all trial-related issues only with current counsel of record. I cannot engage in negotiations or any other trial-related matters with a non-authorized representative.

Eric Stephenson
Managing Attorney

## STEPHENSON LAW FIRM
(801) 386-5200 | Utahjustice.com

On 12/29/2025 2:16 PM, David Gardner wrote:

> Eric,
>
> I did not receive any response to this settlement offer below. Now that the Young case is set for trial, I suspect that I could just file an offer of judgment, but I would prefer resolving this one without making a formal offer of judgment. Please get back to me ASAP to let me know if there is any benefit in further settlement discussions. Otherwise, we will just prepare for the upcoming trial.
>
> Thanks.
>
> Dave
>
> **KIRTON | McCONKIE**
> **David Gardner**
> General Counsel
> d 385.354.5473
>
> **From:** David Gardner
> **Sent:** Friday, December 12, 2025 12:10 PM
> **To:** Eric Stephenson <ericstephenson@utahjustice.com>
> **Subject:** Young v. Erickson (2:23-CV-00420-TS) - Settlement Offer
>
> **FRE 408 CONFIDENTIAL SETTLEMENT COMMUNICATION**

1

Eric,

My client, Michael Erickson, is offering to settle the above-reference matter on a full and final basis by paying your client **$7,500**. In return for the settlement payment, we request that your client sign a Confidential Settlement Agreement and Release of Claims with your client being responsible to satisfy any subrogation claims or liens from the proceeds of the settlement. We will also request a dismissal with prejudice from the current lawsuit. The Release and dismissal will pertain to Michael Erickson and all his related entities.

This offer will remain open until Friday, December 19, 2025. If you have any questions or concerns, please do not hesitate to contact me.

Best regards,

Dave Gardner

**KIRTON|MᶜCONKIE**

St. George Office
301 N. 200 E., Ste. 3A
St. George, UT 84770
kirtonmcconkie.com

**David Gardner**
General Counsel

d 385.354.5473
dgardner@kmclaw.com

**CONFIDENTIALITY NOTICE:** This communication may contain attorney-client privileged information. If you received this communication in error, please alert me by replying to this email and delete it immediately. Do not misuse or transmit the information to anyone. Thank you.

2