**Tyler Martin**

_____

| | |
|---|---|
| **From:** | Tyler Martin |
| **Sent:** | Friday, April 17, 2026 3:43 PM |
| **To:** | Eric Stephenson |
| **Cc:** | David Gardner; Mark Nickel; Charles Brown Jr |
| **Subject:** | Young v. Constable Defendants; Case No: 2:23-420; Rule 408 Settlement Communication |

To fully and finally settle and resolve the above-referenced lawsuit (the "Action"), the represented constable defendants (Kolkman Defendants and Michael Erickson (jointly "Constable Defendants")), propose the following as their full and final settlement offer and propose the following settlement terms:

- Constable Defendants will pay, $100,000.00.

- Your client on his own behalf and on behalf of each of its past, present, and future members, board members, agents, representatives, attorneys, independent contractors, affiliates, successors, and assigns, agrees to provide a broad general release of any and all claims, causes of action, counterclaims, third-party claims, or demands that your client has or may have against Constable Defendants, whether those claims, causes of action, or demands might be disputed or undisputed, liquidated or unliquidated, contingent or not, known or unknown, including, without limitation, any claims, causes of actions, or demands arising out of or otherwise relating in any way whatsoever to any one or more of (1) the allegations made in the Action; (2) the transactions and incidents referenced in the Action; (3) any and all damages alleged by your client in the Action; or (4)  the Action. The broad general release shall extend to and include Constable Defendants, their past, present, and future associated entities, and affiliates, and each of their respective managers, employees, representatives, officers, directors, shareholders, board members, managers, members, insurers, underwriters, claims handlers, attorneys, independent contractors, successors, and assigns.

- Your return email accepting this settlement offer shall constitute a legally binding and enforceable settlement agreement.

- The Parties shall enter into a more formal settlement agreement (the "Formal Agreement") that memorializes this agreement. The Formal Agreement will be drafted by my office.

- Your client shall cause any and all claims that were asserted in the Action to be promptly dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

1

- The Formal Agreement shall include and be consistent with the foregoing terms and it shall also include a no admission of liability clause; a clause requiring the dismissal of the Action with prejudice with each party bearing their own attorneys' fees and costs; a broad general release from your client in favor of Constable Defendants; a confidentiality clause, requiring your client to keep the settlement arrangements and the disputes confidential; a no social media clause, requiring your client not to discuss this matter publicly; standard representations by your client, including ownership of claims; and other standard and customary terms and representations found in an agreement of this kind.

Please confirm via return email your client's acceptance of the foregoing settlement offer. This is the full and final offer.



**J. Tyler Martin**  | Salt Lake City (UT, AZ, CO)
15 West South Temple, Suite 1600, Salt Lake City, UT 84101
Two North Central Avenue, Suite 2200, Phoenix, AZ 85004
D: 801-718-3065 | tymartin@grsm.com

www.grsm.com