**From:** Eric Stephenson <ericstephenson@utahjustice.com>
**Sent:** Thursday, April 16, 2026 10:38 AM
**To:** Tyler Martin <tymartin@grsm.com>
**Cc:** Ryan Anderson <rlanderson@grsm.com>; Kyle Thompson <kcthompson@grsm.com>
**Subject:** Young v. Kolkman et al. - Final Settlement Offer

SETTLEMENT COMMUNICATION
PROTECTED BY RULE 408 OF THE UTAH RULES OF EVIDENCE

Counsel,

We are days from trial. My client is prepared to proceed on all claims, including FDCPA violations and fraud. As of today, my attorneys' fees and costs far exceed $100,000 and will continue to increase through trial and post-trial proceedings.

To provide your clients a final opportunity to resolve this matter and avoid the risks inherent in trial, I extend the following offer to your client:

- Amount: $135,000, inclusive of all damages, attorneys' fees, and costs.

- Individual Acceptance: This offer is extended to each defendant individually and may be accepted by either defendant. This offer is made separately as to each defendant and is not a joint or global settlement demand. If one defendant accepts, the offer is withdrawn as to the remaining defendant upon notice of acceptance.

- Resolution Structure: Any resolution will include factual admissions sufficient to support resolution of the claims asserted, including fraud and FDCPA violations.

- Fee Exposure: Because the claims and legal work are intertwined, Plaintiff will seek recovery of the full amount of reasonable attorneys' fees as permitted by law, without allocation among defendants.

This offer expires today, April 16, 2026, at 5:00 p.m.

If the matter does not resolve, Plaintiff will proceed to trial and seek all available relief.

Sincerely,

**Eric Stephenson**
Managing Attorney

STEPHENSON LAW FIRM

(801) 386-5200 | Utahjustice.com