David P. Gardner (10096)
Zachary C. Lindley (17261)
**KIRTON McCONKIE**
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 574-5672
dgardner@kmclaw.com
zlindley@kmclaw.com

*Attorneys for Defendant Michael W. Erickson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHARLES YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON, <br><br> Defendants. | **DEFENDANT MICHAEL ERICKSON'S OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL [ECF NO. 203]** <br><br> Case No. 2:23-cv-00420-TS-CMR <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Cecilia M. Romero |

Defendant Michael W. Erickson ("Mr. Erickson"), by and through his counsel of record, respectfully submits this Opposition to Plaintiff's Motion for New Trial (ECF No. 203).

### PREFERRED RELIEF REQUESTED AND GROUNDS

Based on the facts and arguments set forth herein, Mr. Erickson respectfully requests that the Court deny Plaintiff's Motion in its entirety. Plaintiff filed a concurrent Renewed Motion for Judgment as a Matter of Law, seeking as well (from what Mr. Erickson can tell) a new trial (in the alternative). Based on the overlap, and to not overburden the Court with multiple substantially similar filings, Mr. Erickson respectfully references and incorporates his arguments set forth in his

4928-0611-3456.v1

Opposition to Plaintiff's Renewed Motion for Judgment as a Matter of Law, which is filed concurrently herewith. *See* ECF No. 210. A new trial is not warranted here and Plaintiff's Motion should be denied.

Further, it is unclear whether a request for a new trial is an appropriate form of relief from an Order Granting a Motion for Judgment as a Matter of Law.  Where the Court decided to remove the claims for fraud and punitive damages from consideration by the jury, it seems like the appropriate form of relief for Plaintiff is a direct appeal of that decision.  For these reasons as well as those presented in Defendant's Opposition to Plaintiff's Renewed Motion for Judgment as a Matter of Law, Defendant Erickson respectfully submits that the Motion for New Trial should be denied.

DATED this 28th day of May, 2026.

KIRTON McCONKIE

*/s/ David Gardner*
David P. Gardner
Zachary C. Lindley
*Attorneys for Defendant Michael W. Erickson*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2026, I caused to be served the foregoing

**DEFENDANT MICHAEL ERICKSON'S OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL [ECF NO. 203]** to counsel of record through the Court's electronic filing system.

*/s/ Mary Adamson*
Legal Assistant

3

4928-0611-3456.v1