Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL ERICKSON, *et al.*,<br><br>　　　　Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case Number: 2:23-cv-00420<br><br>Judge: Ted Stewart |

Counsel for the parties have stipulated to an extension of time for Plaintiff to file his Reply Memorandums in Support of Motion for Attorney's Fees and Costs and jointly request this Court to grant Plaintiff a ten-day extension to June 11, 2026 to file said memorandums. The extension accounts for the complexity of replying to two separate opposition memorandums and the needs of Plaintiff's counsel to handle multiple medical issues the prior week for his daughter that included multiple medical appointments, lab work, and a visit to the emergency room. Good cause therefore exists for the request.

DATED 6/1/2026　　　　　　Eric Stephenson
　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

DATED 6/1/2026　　　　　　J. Tyler Martin
　　　　　　　　　　　　　　　*Attorney for the Defendants Rob Kolkman*
　　　　　　　　　　　　　　　*and Constable Kolkman LLC*

DATED 6/1/2026　　　　　　David Garnder
　　　　　　　　　　　　　　　*Attorney for Defendant Michael Erickson*
　　　　　　　　　　　　　　　*and Utah Process Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on 6/1/2026 I served the foregoing STIPULATED MOTION FOR EXTENSION OF TIME to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*