Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ERICKSON, *et al.*,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case Number: 2:23-cv-00420<br><br>Judge: Ted Stewart |

Counsel for the parties stipulated to an extension of time for Plaintiff to file his Reply Memorandums in Support of Motion for Attorney's Fees and Costs and jointly requested this Court to grant Plaintiff a ten-day extension to June 11, 2026 to file said memorandums. Upon good cause showing, this Court GRANTS the stipulated request.

The deadline for Plaintiff to file his reply memorandums supporting his request for attorney's fees and costs in hereby extended to June 11, 2026.


SO ORDERED _____        BY THE COURT:



_____
*Ted Stewart*
*United States District Judge*