Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL ERICKSON, *et al.*,<br><br>        Defendants. | **REQUEST TO SUBMIT**<br><br>Case Number: 2:23-cv-00420<br><br>Judge: Ted Stewart<br>Magistrate Judge: Cecilia M. Romero |

Plaintiff respectfully requests the Clerk of this Court to tax costs in the amount of $2,68310 as set forth in the Bill of Costs.

Plaintiff filed his Bill of Costs on May 4, 2026 (ECF No. 197). Pursuant to DUCivR 54-1, the deadline for Defendants to file objections expired on May 18, 2026. No objections or other opposition was ever filed. It is therefore appropriate for the Clerk of the Court to tax costs in the amount of $2,68310 as set forth in the Bill of Costs.

DATED 6/9/2026                     Eric Stephenson
                                   *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on 6/9/2026 I served the foregoing REQUEST TO SUBMIT to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*