Mark A. Nickel (14082)
Kyle C. Thompson (11242)
J. Tyler Martin (13551)
Charles W. Brown Jr (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple St., Suite 1600
Salt Lake City, Utah 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com
kcthompson@grsm.com
tymartin@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman, LLC*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

---

| | |
|---|---|
| CHARLES YOUNG, | **NOTICE OF APPEAL** |
| Plaintiff, | Civil No. 2:23-cv-00420-TS |
| v. | District Judge: Ted Stewart |
| ROB KOLKMAN, CONSTABLE KOLKMAN, LLC, and MICHAEL ERICKSON, | Magistrate Judge: Cecilia M. Romero |
| Defendants. | |

---

Notice is hereby given that Defendants Rob Kolkman and Constable Kolkman, LLC

(collectively the "Kolkman Defendants") in the above-captioned matter hereby appeal to the

United States Court of Appeals for the Tenth Circuit from the final Judgment in a Civil Case

entered by the District Court on May 11, 2026 (ECF No. 201), which entered judgment in favor

of Plaintiff, Charles Young, and against the Kolkman Defendants in the amount $1,500 for actual

damages, and $1,000 for statutory damages.

This appeal is taken pursuant to Federal Rule of Appellate Procedure 3(c) and 4(a), and 28 U.S.C. § 1291. This appeal is taken from final judgment. Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this appeal "encompasses all orders that, for purposes of appeal, merge into the designated judgment …. Thus, the Kolkman Defendants appeal from the entirety of the final judgment, as well as all rulings, orders, decisions, and instructions subsumed within or underlying the final judgment, including but not limited to any orders with respect to summary judgment, any post-trial motions, motions for directed verdict, any motions in limine, this Court's Memorandum Decision Denying Defendant's Motion for Summary Judgment [ECF No. 58], this Court's Order on Kolkman Defendants Motion to Amend/Correct [ECF No. 182], and this Court's Denial of Defendants' Motion for Judgment as a Matter of Law as to the FDCPA (ECF No. 196].

DATED this 10th day of June, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Kyle C. Thomas*
Mark A. Nickel
Kyle C. Thompson
J. Tyler Martin
Charles W. Brown Jr.
*Attorneys for Defendants Constable Kolkman, LLC, and Rob Kolkman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2026, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed with the Clerk of the Court using an approved electronic filing system, CM/ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Halla Harris*