**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| Charles Young, | |
| **Plaintiff(s),** | **Case No. 2:23-cv-00420** |
| vs. | |
| Michael Erickson, et al., | |
| **Defendant(s).** | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:    Ryan Anderson

☐  Party:    Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 4/22/2026 | Rule 50 motion |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:    June 11, 2026

Michelle Mallonee

Court Reporter