FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

JUN 1 5 2026

GARY P. SERDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

Charles Young,

　　　　　　　　　**Plaintiff(s),**

vs.

Michael W. Erickson, et al.,

　　　　　　　　　**Defendant(s).**

**Case No. 2:23-CV-420-TS**

**TRANSCRIPT PURCHASE NOTICE**

　　　　　Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒　Attorney:　Ryan Anderson

☐　Party:　Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| April 30, 2026 | Argument on Motion |
|  |  |
|  |  |
|  |  |
|  |  |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:　　June 15, 2026　　　　　．　　　Ed Young

　　　　　　　　　　　　　　　　　　　Court Reporter