**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 29, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

CHARLES YOUNG,

      Plaintiff - Appellee,

v.

ROB KOLKMAN, et al.,

      Defendants - Appellants,

and

MICHAEL ERICKSON,

      Defendant.

No. 26-4077
(D.C. No. 2:23-CV-00420-TS-CMR)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court *sua sponte*. A review of Appellant's docketing statement and the district court docket has revealed a pending *Motion for New Trial*, filed within 28 days after entry of the judgment being appealed. *See* Doc. No. 203. As a result, the notice of appeal will not become effective until the district court enters an order disposing of the motion. *See* Fed. R. App. P. 4(a)(4)(B). Accordingly, this appeal is ABATED. However, the deadlines for filing the preliminary documents remain in effect.

**Within 30 days** from the date of this order, Appellant shall file a written report advising this court as to the status of the pending motion. If the district court rules before that time, Appellant shall notify this court in writing forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk