Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ERICKSON, *et al.*,<br><br>    Defendants. | **EX PARTE REQUEST TO SUBMIT**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

On July 2, 2026, Plaintiff requested an *ex parte* order on an expedited basis requiring Defendants Rob Kolkman, Michael Erickson, and Constable Kolkman LLC to appear and submit to examination under oath regarding their assets, income, and financial affairs pursuant to Fed. R. Civ. P. 69(a)(2) and DUCivR 72-1(a)(2)(C).

Because the Motion is *ex parte*, it is ripe for immediate entry. Plaintiff therefore respectfully requests this Court to enter a decision on Plaintiff's request at its earliest convenience.

DATED 7/20/2026

Eric Stephenson
*Attorney for the Plaintiff*