Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN LAND<br>COLLECTIONS, *et al*.,<br><br>    Defendants. | **ORDER GRANTING<br>SUPPLEMENTAL<br>EXAMINATION**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

The Court, having reviewed Plaintiff's Ex Parte Application for Order

Requiring Judgment Debtors to Appear for Supplemental Examination, and good

cause appearing:

IT IS HEREBY ORDERED that Defendants Rob Kolkman, Michael

Erickson, and Constable Kolkman LLC shall appear on _____, 2026 at

_____ [a.m / p.m] via [insert video platform, e.g., Zoom/WebEx, or

location if in person] and answer under oath questions about their property,

income, and financial affairs, and shall bring to that examination all records

relating to employment, business financial accounts, vehicles, real property,

cryptocurrency, business entities, tools, personal financial accounts, and all other

property and income in which they have an interest or have had an interest in the

last five years.

IT IS FURTHER ORDERED that Plaintiff is authorized to serve written

discovery on Defendants in aid of the judgment, including interrogatories and

requests for production of documents directed to assets, income, accounts, property, business records, and financial transactions.

IT IS FURTHER ORDERED that each Defendant shall produce all documents responsive to Plaintiff's written discovery and serve complete answers at least seven days before the scheduled examination. If any Defendant provides timely, complete, and satisfactory responses and produces all requested documentation, Plaintiff may notify that Defendant that their personal appearance at the examination is excused. If all Defendants do so, Plaintiff may cancel the examination and notify all parties.

IT IS FURTHER ORDERED that Defendants Rob Kolkman, Michael Erickson, and Constable Kolkman LLC are prohibited from selling, transferring, encumbering, or otherwise disposing of any non-exempt property with a value exceeding $500 pending completion of these supplemental proceedings and satisfaction of the judgment, pursuant to DUCivR 72-1(a)(2)(C)(iii).

IT IS FURTHER ORDERED that failure by any Defendant to appear at the examination, produce required documentation, respond to written discovery, or otherwise cooperate in these proceedings may result in a finding of contempt and the issuance of a bench warrant for that Defendant's arrest.

SO ORDERED _____        BY THE COURT:


_____
*Ted Stewart*
*United States District Judge*