## TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)

### PART I – Case Information and Contact Information

Case Name: Charles Young v. Kolkman, et al.    District Court Case Number: 2:23-CV-00420-TS-CMR

District Court: Utah    Circuit Court Appeal Number: 26-4077

Name of Attorney/Pro Se Party Completing this Form: J. Tyler Martin

Name of Law Firm/or Office: Gordon Rees Scully Mansukhani, LLP

Address: 15 W South Temple, Suite 1600, SLC, Utah 84101

Phone: (801) 204-9989    Email: tymartin@grsm.com

Attorney For: Rob Kolkman, Constable Kolkman, LLC

### PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):** ☐ a transcript is not necessary for this appeal;

☐ the necessary transcript is already on file in the district court;

☐ or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: _____    Date: _____

### PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** Ed Young _____ **(name of court reporter).**
Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
**Be specific if ordering partial transcripts (e.g., voir dire).**

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
| Limine Motions, Pre-trial Motions | 04/20/2026 | 2:23-cv-00420 | |
| Trial - Voir Dire | 04/20/2026 | 2:23-cv-00420 | |
| Trial - Opening Statements (Plaintiff & Defendant) | 04/20/2026 | 2:23-cv-00420 | |
| Trial - All Witness Testimony | 04/20/2026 - 04/22/2026 | 2:23-cv-00420 | |
| Trial - Closing Arguments (Plaintiff & Defendant) | 04/22/2026 | 2:23-cv-00420 | |
| Opinion of Court & Jury Instructions | 04/22/2026 | 2:23-cv-00420 | |

#### Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.

⊙ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

○ This case **IS** proceeding under the Criminal Justice Act, and (check one):
☐ I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
☐ I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: _____    Date: _____

### PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
| 12-1-26 | 7-1-26 | 324 | 4-20-4-21-26 |
| | | | |
| | | | |

I, _____, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: _____    Date: 8-1-26