Mark A. Nickel (14082)
Kyle Thompson (11242)
J. Tyler Martin (13551)
Ryan L. Anderson (18670)
Charles W. Brown, Jr. (19386)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
mnickel@grsm.com
kcthompson@grsm.com
rlanderson@grsm.com
cbrownjr@grsm.com

*Attorneys for Defendants Constable Kolkman, LLC and Rob Kolkman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, MOUNTAIN LAND COLLECTIONS, and JOHN DOES 1-5,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL J. TYLER MARTIN**<br><br>Civil No. 2:23-cv-00420<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Cecilia M. Romero |

PLEASE TAKE NOTICE that, pursuant to DUCivR 83-1.4(b)(1), J. Tyler Martin hereby withdraws as counsel of record for Defendants Rob Kolkman and Constable Kolkman, LLC, in the above-captioned action.

Defendants will continue to be represented by their remaining counsel of record, Mark A. Nickel, Kyle C. Thompson, Charles W. Brown, Jr., and Ryan L. Anderson of Gordon Rees Scully Mansukhani, LLP. Continuing counsel are aware of and will comply with all pending deadlines,

hearings, and trial dates.

DATED 23rd day of October, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/J. Tyler Martin*______________________
J. Tyler Martin
Mark A. Nickel
Kyle Thompson
Ryan L. Anderson
Charles W. Brown, Jr.

*Attorney for Defendants Constable Kolkman, LLC and Rob Kolkman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2026, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL J. TYLER MARTIN** was filed with the Clerk of the Court using an approved electronic filing system, ECF, which sent notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Serita Gomez*