Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHARLES YOUNG,<br><br>Plaintiff,<br>vs.<br>MOUNTAIN LAND COLLECTIONS, *et al.*,<br><br>Defendants. | **MOTION TO REFER PENDING MOTION FOR SUPPLEMENTAL PROCEEDINGS TO A MAGISTRATE JUDGE AND REQUEST FOR EXPEDITED HEARING**<br><br>Case Number: 2:23-cv-00420-TS<br>Judge: Ted Stewart |

Plaintiff respectfully requests that the Court refer his Ex Parte Motion for Supplemental Proceedings (ECF No. 232) to Magistrate Judge Cecilia M. Romero, or another available magistrate judge, for an expedited hearing and to authorize the supplemental proceedings and post-judgment discovery Plaintiff requested pursuant to Fed. R. Civ. P. 69(a)(2). The judgment remains unpaid, and Plaintiff's motion to identify assets available to satisfy it has been pending for four months.

## ARGUMENT

This Court entered final judgment in favor of Plaintiff on May 11, 2026.[1] The automatic stay expired 30 days later on June 10, 2026.[2] Defendants Rob Kolkman and Constable Kolkman LLC filed a notice of appeal and the Tenth Circuit abated

[1] Judgment (ECF No. 201)
[2] Fed. R. Civ. P. 62(a)

the appeal, but no bond or other security has stayed enforcement of the judgment.[3] Defendant Michael Erickson did not appeal.

Plaintiff filed his Ex Parte Motion for Supplemental Examination on July 2, 2026, and requested a decision on July 20, 2026.[4] The Court has not ruled on the motion or set a hearing. DUCivR 83-2(d)(7) provides for referral of supplemental proceedings to the magistrate judge initially assigned to the case. Magistrate Judge Romero was assigned to this case at its outset.[5] Plaintiff therefore requests that the Court refer the pending motion to her, or to another available magistrate judge, so the examination and discovery can proceed.

The judgment is still unpaid and Plaintiff seeks an order requiring the judgment debtors to appear and respond so he can determine what assets are available to satisfy the judgment. The longer these proceedings are delayed, the greater the opportunity for assets to be transferred or dissipated. Plaintiff therefore requests a referral and an expedited hearing to obtain the information necessary to enforce the judgment.

## CONCLUSION

For the reasons stated above, this Court should refer Plaintiff's Ex Parte Motion for Supplemental Examination (ECF No. 232) to a magistrate judge and order an expedited hearing to prevent any unnecessary dissipation of assets and to protect the integrity of the verdict rendered in this case.

DATED 11/3/2026

Eric Stephenson
*Attorney for the Plaintiff*

[3] Notice of Appeal (ECF No. 221); Tenth Circuit Order (ECF No. 231); Fed. R. Civ. P. 62(b)
[4] Ex Parte Motion for Supplemental Examination (ECF No. 232); Request to Submit for Decision (ECF No. 233)
[5] Referral Order (ECF No. 5)

CERTIFICATE OF SERVICE

I hereby certify that on 11/3/2026 I served the foregoing MOTION TO REFER PENDING MOTION FOR SUPPLEMENTAL PROCEEDINGS TO A MAGISTRATE JUDGE AND REQUEST FOR EXPEDITED HEARING to all counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*